UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

NO. 03 CV 12307 RGS

FILED
CLERK'S OFFICE
2004 FEB -5  P 12: 38
DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| JOSEPH CHRISTOFORO,<br>      Plaintiff<br><br>VS.<br><br>JULIO LUPO, and<br>CERTAIN UNKNOWN<br>INDIVIDUALS<br>      Defendants | **MOTION TO AMEND<br>COMPLAINT** |

Now comes the plaintiff, Joseph Christoforo, and does hereby respectfully move, pursuant to Rule 15(a) of the Federal Rules of Civil Procedure, that this Honorable Court permit him to amend his Complaint. As reasons therefore, the plaintiff states as follows:

1. That the plaintiff has not previously sought or moved to amend his Complaint in the above-entitled matter.

2. That neither defendant as named in the original Complaint has to date filed a responsive pleading.

3. That Rule 15(a) of the Federal Rules of Civil Procedure states:

    "A party may amend the party's pleading once as a matter of course at any time before a responsive pleading is served …"

4. That accordingly the instant motion to amend should be allowed as a matter of right.

5. That as no responsive pleadings and/or appearances have been filed, counsel for the plaintiff has been unable to conference the instant motion in accordance with Local Rule 7.1(A)(2) of the Federal Rules of Civil Procedure, as no opposing counsel have appeared.

LAW OFFICES
McCORMICK & MAITLAND
ONE-FORTY-FOUR
MAIN STREET
COUNTRY CROSSING
P.O. BOX 318
NORFOLK, MA 02056
AREA CODE (508)
520-0333

1

JOSEPH CHRISTOFORO,
By His Attorney:

_____
Edward J. McCormick, III
BBO No. 329780
McCormick & Maitland
144 Main Street
P.O. Box 318
Norfolk, MA 02056
(508)520-0333

LAW OFFICES
MCCORMICK & MAITLAND
ONE-FORTY-FOUR
MAIN STREET
COUNTRY CROSSING
P.O. BOX 318
NORFOLK, MA 02056
AREA CODE (508)
520-0333