UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

NO. 03 CV 12307 RGS

| | |
|---|---|
| JOSEPH CRISTOFORO,<br>    Plaintiff<br><br>VS.<br><br>JULIO LUPO,<br>FRANK G. COUSINS, JR.,<br>INDIVIDUALLY AND IN<br>HIS CAPACITY AS<br>ESSEX COUNTY SHERIFF, and<br>CERTAIN UNKNOWN<br>INDIVIDUALS<br>    Defendants | PLAINTIFF'S MOTION FOR AN<br>ENLARGEMENT OF TIME IN<br>WHICH TO SERVE PROCESS |

Now comes the plaintiff, Joseph Cristoforo, and does hereby respectfully move, pursuant to Rule 4 and Rule 6(b) of the Federal Rules of Civil Procedure and Local Rule 4.1, that this Honorable Court enlarge the time within which he may serve the defendant Julio Lupo with a Summons and copy of the Complaint. As reasons therefore, the plaintiff states as follows:

1. That the plaintiff has made diligent efforts to secure the home address of the defendant Lupo, but has been unsuccessful to date.

2. That the defendant Lupo is apparently no longer employed with the Essex County Sheriff's Department, and thus cannot be served at a work location known to the plaintiff.

3. That the plaintiff has recently amended his Complaint and named the Sheriff of Essex County, Frank G. Cousins, Jr., as a defendant.

4. That the plaintiff anticipates that the defendant Sheriff will likely be able to access payroll records and the like which would provide a record of the defendant Lupo's home address.

LAW OFFICES
McCORMICK & MAITLAND
ONE-FORTY-FOUR
MAIN STREET
COUNTRY CROSSING
P.O. BOX 318
NORFOLK, MA 02056
AREA CODE (508)
520-0333

1

5. That, according to Local Rule 4.1:

    "Counsel and parties appearing pro se who seek to show good cause for the failure to make service within the 120 day period prescribed by Fed. R. Civ. P. 4(m) shall do so by filing a motion for enlargement of time under Fed. R. Civ. P. 6(b), together with a supporting affidavit."

6. That, according to Rule 4(m) of the Federal Rules of Civil Procedure:

    "... if the plaintiff shows good cause for the failure [to make service], the court shall extend the time for service for an appropriate period."

7. That the plaintiff has shown good cause for the failure to make service by the instant motion and affidavit, and respectfully requests that this Court extend the time for service for an appropriate period.

JOSEPH CRISTOFORO,
By His Attorney:

Edward J. McCormick, III
BBO No. 329780
McCormick & Maitland
144 Main Street
P.O. Box 318
Norfolk, MA 02056
(508)520-0333

LAW OFFICES
MCCORMICK & MAITLAND
ONE-FORTY-FOUR
MAIN STREET
COUNTRY CROSSING
P.O. BOX 318
NORFOLK, MA 02056
AREA CODE (508)
520-0333

2