UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

NO. 03 CV 12307 RGS

| | |
|---|---|
| JOSEPH CRISTOFORO,<br>Plaintiff<br><br>VS.<br><br>JULIO LUPO,<br>FRANK G. COUSINS, JR.,<br>INDIVIDUALLY AND IN<br>HIS CAPACITY AS<br>ESSEX COUNTY SHERIFF, and<br>CERTAIN UNKNOWN<br>INDIVIDUALS<br>Defendants | AFFIDAVIT OF COUNSEL AS<br>TO PROOF OF SERVICE |

I, Joseph T. Desmond, do hereby state that to the best of my knowledge, the following is true:

1. That I am an associate attorney at McCormick & Maitland, Edward J. McCormick, III, the attorney of record for Joseph Cristoforo, Plaintiff in the instant Complaint.

2. That I have caused to served by United States Postal Service Certified Mail, in accordance with Rule 4 of the Federal Rules of Civil Procedure, a copy of the Complaint and a summons upon the following defendant:

   A. Frank G. Cousins, Jr.

   Middlesex Sheriff's Department

   20 Manning Ave.

   Middleton, MA 01949

LAW OFFICES
McCORMICK & MAITLAND
ONE-FORTY-FOUR
MAIN STREET
COUNTRY CROSSING
P.O. BOX 318
NORFOLK, MA 02056
AREA CODE (508)
520-0333

1

3. That I have received a Certified Mail Receipt bearing a signature and date of delivery on the delivery, and such is attached herein as proof of service. <u>Exhibit A.</u>

        Signed under the pains and penalties of perjury this 12th day of March, 2004,

_____
Joseph T. Desmond
BBO# 648556
McCormick & Maitland
P.O. Box 318
144 Main Street
Norfolk, MA 02056
(508) 520-0333

LAW OFFICES
MCCORMICK & MAITLAND
ONE-FORTY-FOUR
MAIN STREET
COUNTRY CROSSING
P.O. BOX 318
NORFOLK, MA 02056
AREA CODE (508)
520-0333

2