UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

NO. 03 CV 12307 RGS

| | |
|---|---|
| JOSEPH CRISTOFORO,<br>    Plaintiff<br><br>VS.<br><br>JULIO LUPO,<br>FRANK G. COUSINS, JR.,<br>INDIVIDUALLY AND IN<br>HIS CAPACITY AS<br>ESSEX COUNTY SHERIFF, and<br>CERTAIN UNKNOWN<br>INDIVIDUALS<br>    Defendants | AFFIDAVIT OF COUNSEL AS<br>TO PROOF OF SERVICE |

I, Edward J. McCormick, III, do hereby state that to the best of my knowledge, the following is true:

1. That I am the attorney of record for Joseph Cristoforo, Plaintiff in the instant Complaint.

2. That I have caused to be served by United States Postal Service Certified Mail, in accordance with Rule 4 of the Federal Rules of Civil Procedure, a copy of the Complaint and a summons upon the following defendant:

    A. Julio Lupo

       22 Worcester Road

       Peabody, MA  02960

3. That I have received a Certified Mail Receipt bearing a signature and date of delivery on the delivery, and such is attached herein as proof of service. Exhibit A.

LAW OFFICES
McCORMICK & MAITLAND
ONE-FORTY-FOUR
MAIN STREET
COUNTRY CROSSING
P.O. BOX 318
NORFOLK, MA 02056
AREA CODE (508)
520-0333

1

Signed under the pains and penalties of perjury this 28 day of April, 2004,

_____
Edward J. McCormick, III
BBO# 329780
McCormick & Maitland
P.O. Box 318
144 Main Street
Norfolk, MA 02056
(508) 520-0333

LAW OFFICES
MCCORMICK & MAITLAND
ONE-FORTY-FOUR
MAIN STREET
COUNTRY CROSSING
P.O. BOX 318
NORFOLK, MA 02056
AREA CODE (508)
520-0333