UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

NO. 03 CV 12307 RGS

| | |
|---|---|
| JOSEPH CHRISTOFORO,<br>Plaintiff<br><br>VS.<br><br>JULIO LUPO,<br>FRANK G. COUSINS, JR.,<br>INDIVIDUALLY AND IN<br>HIS CAPACITY AS<br>ESSEX COUNTY SHERIFF, and<br>CERTAIN UNKNOWN<br>INDIVIDUALS<br>Defendants | JOINT STATEMENT |

Now come the parties, Joseph Christoforo and Frank Cousins, and pursuant to the Court's Notice of Scheduling Conference and Rule 16.1 (D) of the Local Rules of the United States District Court for the District of Massachusetts, through counsel, who have conferred and do propose the following:

1. <u>Joint Discovery Plan and Motion Schedule</u>

   a) Automatic document disclosure to be completed by May 12, 2004;

   b) Written discovery requests to be filed by October 15, 2004, and responses are to be filed within the time as provided by the applicable rule;

   c) All depositions are to be completed by December 15, 2004;

   d) The plaintiff's expert witnesses shall be designated by January 15, 2005, and defendant's expert witnesses shall be designated within the time allowed by the Local Rules after plaintiff discloses said expert (s) as contemplated by Fed. R. Civ. P. 26(b)(4)(A); designation of experts shall include provision of any information required by the Federal Rules of Civil Procedure and/or the Local

LAW OFFICES
MCCORMICK & MAITLAND
ONE-FORTY-FOUR
MAIN STREET
COUNTRY CROSSING
P.O. BOX 318
NORFOLK, MA 02056
AREA CODE (508)
520-0333

1

Rules of the District of Massachusetts; any expert depositions shall be completed within the time allowed by the Local Rules of defendant's expert designation;

e) All dispositive motion's are to be filed by January 15, 2005, and responses are to be filed pursuant to Local Rule 7.1; and

f) The plaintiff shall name other parties no later than August 1, 2004.

2. The plaintiffs intend to take no more than 6-7 depositions; the defendants a similar number.

3. Certifications regarding each parties consultation with counsel regarding litigation expenses and alternative dispute resolution will be filed separately.

Respectfully Submitted,
JOSEPH CHRISTOFORO,
By His Attorney:

Edward J. McCormick, III
BBO No. 329780
McCormick & Maitland
144 Main Street
P.O. Box 318
Norfolk, MA 02056
(508)520-0333

Respectfully Submitted,
FRANK G. COUSINS, JR.,
By His Attorney:

Stephen C. Pfaff
BBO No. 553057
Merrick, Louison & Costello, LLP
67 Batterymarch Street
Boston, MA 02110
(617)439-0305

LAW OFFICES
CORMICK & MAITLAND
ONE-FORTY-FOUR
MAIN STREET
COUNTRY CROSSING
P.O. BOX 318
NORFOLK, MA 02056
AREA CODE (508)
520-0333

## CERTIFICATE OF SERVICE

I, Edward J. McCormick, III, certify that on this 11th day of May, 2004, I have served a true copy of the following via first class mail, to Stephen C. Pfaff, Esq., Merrick, Louison & Costello, LLP, 67 Batterymarch Street, Boston, MA 02110:

1. Joint Statement.

                                                    _____
                                                    Edward J. McCormick, III

LAW OFFICES
McCORMICK & MAITLAND
ONE-FORTY-FOUR
MAIN STREET
COUNTRY CROSSING
P.O. BOX 318
NORFOLK, MA 02056
AREA CODE (508)
520-0333