UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE
2004 JUN 21  P 2: 28

CIVIL ACTION NO: 03-12307RGS
DISTRICT OF MASS.

CHRISTOFORO
Plaintiff,

SHERIFF FRANK G. COUSINS, ET AL
Defendants

### DEFENDANT FRANK G. COUSINS' MOTION TO AMEND HIS ANSWER TO PLAINTIFF'S AMENDED COMPLAINT AND FILE CROSS CLAIM

Now comes the defendant Sheriff Frank G. Cousins and hereby moves this honorable Court to allow his motion to amend his answer to plaintiff's amended complaint in order to assert a cross claim against co-defendant Lupo.

As grounds therefor, the plaintiff has alleged civil rights violations against defendant Lupo (Plaintiff's Amended Complaint, Count I). Prior to the defendant Cousins' answer to the plaintiff's amended complaint, no answer had been filed to the amended complaint by Lupo. That has now been done, and co-defendant Lupo is now being represented by counsel.

Wherefore, co-defendant Sheriff Frank G. Cousins moves this honorable Court to allow his amended answer to the plaintiff's amended complaint.

Defendant, Sheriff Frank G. Cousins,
By his attorneys,

Douglas I. Louison BBO# 545191
Stephen C. Pfaff BBO# 553057
Merrick, Louison & Costello, LLP
67 Batterymarch Street
Boston, MA 02110
(617) 439-0305

## CERTIFICATE OF SERVICE

I, Stephen C. Pfaff, hereby certify that on the 18th day of June, 2004, I served the foregoing by causing a copy to be mailed, postage prepaid, directed to Joseph T. Desmond, Esquire, McCormick & Maitland, 144 Main Street, P.O. Box S18, Norfolk, MA 02056 and Joseph W. Monahan, III, Monahan & Padellaro, 43 Thorndike Street, Cambridge, MA 02141.

Stephen C. Pfaff