UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

NO. 03 CV 12307 RGS

| | |
|---|---|
| JOSEPH CHRISTOFORO,<br>   Plaintiff<br><br>VS.<br><br>JULIO LUPO,<br>FRANK G. COUSINS, JR.,<br>INDIVIDUALLY AND IN<br>HIS CAPACITY AS<br>ESSEX COUNTY SHERIFF, and<br>CERTAIN UNKNOWN<br>INDIVIDUALS<br>   Defendants | PLAINTIFF'S RESPONSE TO THE DEFENDANT'S MOTION TO AMEND ANSWER |

  Now comes the plaintiff and does hereby respond to the Defendant's Motion to Amend Answer by stating that he has no opposition to the instant motion.

              Respectfully Submitted,
              JOSEPH CHRISTOFORO,
              By His Attorney:

              Edward J. McCormick, III
              BBO No. 329780
              McCormick & Maitland
              144 Main Street, P.O. Box 318
              Norfolk, MA 02056
              (508)520-0333

LAW OFFICES
McCORMICK & MAITLAND
ONE-FORTY-FOUR
MAIN STREET
COUNTRY CROSSING
P.O. BOX 318
NORFOLK, MA 02056
AREA CODE (508)
520-0333

## CERTIFICATE OF SERVICE

I, Edward J. McCormick, III, certify that on this 23rd day of June, 2004, I have served a true copy of the following, via first class mail, to Stephen C. Pfaff, Esq., Merrick, Louison & Costello, LLP, 67 Batterymarch Street, Boston, MA 02110; and Joseph W. Monahan, III, Esq., Monahan & Padellaro, Bullfinch Square, 43 Thorndike Street, Cambridge, MA 02141:

1. Plaintiff's Response to the Defendant's Motion to Amend Answer.

_____
Edward J. McCormick, III

LAW OFFICES
MCCORMICK & MAITLAND
ONE-FORTY-FOUR
MAIN STREET
COUNTRY CROSSING
P.O. BOX 318
NORFOLK, MA 02056
AREA CODE (508)
520-0333