UNITED STATES OF AMERICA
DISTRICT OF MASSACHUSETTS

FILED

2004 JUN 28 P 2: 18

U.S. DISTRICT COURT
DISTRICT OF MASS

CASE NO: 03-12307-RGS

JOSEPH CRISTOFORO,
**Plaintiff**

vs.

JULIO LUPO,
FRANK G. COUSINS, JR.,, Individually and in His Capacity as Essex County Sheriff, and CERTAIN UNKNOWN INDIVIDUALS
**Defendants**

DEFENDANT JULIO LUPO'S, ANSWER TO DEFENDANT AND CROSS-CLAIMANT'S FRANK G. COUSINS, JR.'s CROSS CLAIM and DEFENDANT JULIO LUPO'S CROSS CLAIM AGAINST FRANK G. COUSINS, JR. AND DEMAND FOR JURY TRIAL

Now comes the Defendant, **Julio Lupo**, in the above-entitled action, and through his counsel answers the cross-claim as follows:

1.  The Defendant **admits** the allegations in this Paragraph.
2.  The Defendant **admits** the allegations in this Paragraph.
3.  The Defendant **admits** the allegations in this Paragraph.

## COUNT I

### INDEMNITY

4.  The Defendant repeats and reaffirms his responses to the allegations set forth in the preceding Paragraphs of this Answer
5.  The Defendant **denies** the allegations in this Paragraph.
6.  The Defendant **denies** the allegations in this Paragraph.

## COUNT II

### CONTRIBUTION

7.  The Defendant repeats and reaffirms his responses to the allegations set forth in the preceding Paragraphs of this Answer.
8.  The Defendant **denies** the allegations in this Paragraph.
9.  The Defendant **denies** the allegations in this Paragraph. .

## AFFIRMATIVE DEFENSES
## FIRST AFFIRMATIVE DEFENSE
### (Failure to State a Claim)

By way of affirmative defense, the Defendant states that the Crossclaimant fails to state a claim for which relief may be granted.

## SECOND AFFIRMATIVE DEFENSE
### (Qualified Immunity)

By way of affirmative defense, the Defendant states that the Crossclaimant's claims are barred under the doctrine of qualified immunity as the alleged acts complained of occurred within the scope of the Defendant's official duties and Defendant had no knowledge that said alleged acts were illegal and/or unconstitutional nor were said alleged acts clearly violative of Crossclaimant's rights at the time they were allegedly committed.

## THIRD AFFIRMATIVE DEFENSE
### (Frivolous Action Defenses)

By way of affirmative defense, the Defendant states that the Crossclaimant's claims are frivolous and not advanced in good faith and that therefore the Defendant is entitled to costs and attorneys fees pursuant to **42 U.S.C. §1988**.

## FOURTH AFFIRMATIVE DEFENSE
### ( Violation of General Law Chapter 231, Section 6(f) )

By way of affirmative defense, the Defendant states that the Crossclaimant is estopped from recovery by virtue of the fact that the Complaint contains allegations wholly unsubstantial, frivolous and not advanced in good faith and as such this Defendant is entitled to costs and attorneys fees for defense pursuant to *M.G.L. Chapter 231, Section 6(f)* and as otherwise allowed by law.

## FIFTH AFFIRMATIVE DEFENSE
### (Reservation of Rights to Assert Additional Defenses)

By way of affirmative defense, the Defendant states it reserves the right, after entering into discovery, to file additional affirmative defenses, claims and actions as may be necessary, compulsory or available.

## REQUEST FOR RELIEF

## DEFENDANT'S DEMAND OF TRIAL BY JURY

**THE DEFENDANT DEMANDS TRIAL BY JURY ON ALL ISSUES SO TRIABLE.**

**WHEREFORE,** The Defendant requests that this Court:

a. Find in its favor on all counts;
b. Grant judgment in its favor;
c. Dismiss the claims brought against it;
d. Grant it costs and attorneys fees;
e. Any other relief this Court deems equitable and just.

## CROSS-CLAIM
### (Lupo v. Sheriff Frank G. Cousins)

1. The Plaintiff, Joseph Christoforo, has filed a complaint against the defendants in this case, specifically alleging counts of negligence against the Sheriff.

2. The co-defendant, Frank Cousins, is the duly elected Sheriff of Essex County, Massachusetts with a principal place of business at the Essex County House of Correction, 20 Manning Avenue, Middleton, MA 01949.

3. The co-defendant, Julio Lupo, is an individual currently residing at 22 Worcester Road, Peabody, Massachusetts, 01960.

## COUNT I
## INDEMNITY

4. Lupo repeats and reaffirms his responses to the allegations set forth in the preceding Paragraphs of this Answer

5. If the Plaintiff recovers for any loss, either personal or property, then the damages were due in whole or in part to the Sheriff's actions and/or omissions.

6. That in the event of a finding in favor of the Plaintiff against Lupo and co-defendant Cousins, then co-defendant Cousins is obligated in whole or in part for the amount of the finding and/or judgment for damages that might enter against Lupo.

## COUNT II
## CONTRIBUTION

7. Lupo repeats and reaffirms his responses to the allegations set forth in the preceding Paragraphs of this Answer

8. If the Plaintiff recovers for any loss, either personal or property, then the damages were due in whole or in part to the Sheriff's actions and/or omissions.

9. That in the event of a finding in favor of the Plaintiff against Lupo and co-defendant Cousins, then co-defendant Cousins is obligated in whole or in part for the amount of the finding and/or judgment for damages that might enter against Lupo.

## REQUEST FOR RELIEF

## DEFENDANT'S DEMAND OF TRIAL BY JURY

**THE DEFENDANT DEMANDS TRIAL BY JURY ON ALL ISSUES SO TRIABLE.**

Respectfully submitted,
**Julio Lupo**

Joseph W. Monahan, III - BBO#351100
Jay Hodapp, BBO#551348
**Monahan & Padellaro**
43 Thorndike Street
Cambridge, MA 02141
Tel: (617)494-1188
Fax:(617)494-0433
E-Mail: mplaw @bellatlantic.net

Dated: June 25, 2004

## CERTIFICATE OF SERVICE

I, Joseph W. Monahan, III, hereby certify that on **June 25, 2004**, I served a copy of the forgoing answer to Plaintiff's Amended Complaint by *regular mail, postage prepaid* to the following:

**Plaintiff's Attorney**

Edward J. McCormick, III
McCormick & Maitland
144 Main Street
P.O. Box 318
Norfolk, MA 02056

**Co-Defendant's Attorney**

Stephen C. Pfaff, Esquire
Merrick, Louison & Costello, LLP
67 Batterymarch Street
Boston, MA 02110

Joseph W. Monahan, III - BBO#351100

C:\My Documents\Federal Answers\Cristoforo v. Lupo Cross-Claim Answer.wpd