UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

NO. 03 CV 12307 RGS

| | |
|---|---|
| JOSEPH CHRISTOFORO,<br>    Plaintiff<br><br>VS.<br><br>JULIO LUPO,<br>FRANK G. COUSINS, JR.,<br>INDIVIDUALLY AND IN<br>HIS CAPACITY AS<br>ESSEX COUNTY SHERIFF, and<br>CERTAIN UNKNOWN<br>INDIVIDUALS<br>    Defendants | JOINT MOTION TO EXTEND TIME<br>TO CONDUCT DISCOVERY |

Now come the parties and respectfully move this Honorable Court to extend the time to complete discovery to February 11, 2005. In support of this motion the parties assign the following:

1. That the parties have engaged in discovery and have been unable to schedule depositions due to scheduling conflicts among counsel;

2. That the parties have been, and continue to discuss a possible resolution of this matter.

Respectfully Submitted,
JOSEPH CHRISTOFORO,
By His Attorney:

Edward J. McCormick, III
BBO No. 329780
McCormick & Maitland
144 Main Street, P.O. Box 318
Norfolk, MA 02056
(508)520-0333

LAW OFFICES
MCCORMICK & MAITLAND
ONE-FORTY FOUR
MAIN STREET
COUNTRY CROSSING
P.O. BOX 318
NORFOLK, MA 02056
AREA CODE (508)
520-0333

1

Respectfully Submitted,
FRANK G. COUSINS, JR.,
By His Attorney:

_____
Stephen C. Pfaff
BBO No. 553057
Merrick, Louison & Costello, LLP
67 Batterymarch Street
Boston, MA 02110
(617)439-0305


Respectfully Submitted,
JULIO LUPO,
By His Attorney:

_____
Jay Hodapp
BBO No. 551348
Monahan & Padellaro
43 Thorndike Street
Cambridge, MA 02141
(617)494-1188

LAW OFFICES
McCORMICK & MAITLAND
ONE FORTY-FOUR
MAIN STREET
COUNTRY CROSSING
P.O. BOX 318
NORFOLK, MA 02056
AREA CODE (508)
520-0333

## CERTIFICATE OF SERVICE

I, Edward J. McCormick, III, certify that on this 22nd day of December, 2004, I have served a true copy of the following, via first class mail, to Stephen C. Pfaff, Esq., Merrick, Louison & Costello, LLP, 67 Batterymarch Street, Boston, MA 02110; and Jay Hodapp, Esq., Monahan & Padellaro, Bullfinch Square, 43 Thorndike Street, Cambridge, MA 02141:

1. Joint Motion to Extend Time to Conduct Discovery.

_____
Edward J. McCormick, III

LAW OFFICES
McCORMICK & MAITLAND
ONE FORTY FOUR
MAIN STREET
COUNTRY CROSSING
P.O. BOX 318
NORFOLK, MA 02056
AREA CODE (508)
520-0333