UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

NO. 03 CV 12307 RGS

| | |
|---|---|
| JOSEPH CHRISTOFORO,<br>Plaintiff | )<br>)<br>) |
| VS. | )    NOTICE OF CHANGE OF<br>)    ADDRESS |
| JULIO LUPO,<br>FRANK G. COUSINS, JR.,<br>INDIVIDUALLY AND IN<br>HIS CAPACITY AS<br>ESSEX COUNTY SHERIFF, and<br>CERTAIN UNKNOWN<br>INDIVIDUALS<br>Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Now comes counsel for the plaintiff and does give notice of a change of address to:

Edward J. McCormick, III
Gilmore, Rees, Carlson & Cataldo
1000 Franklin Village Drive
Franklin, MA 02038
(508)520-2200

Respectfully Submitted,
JOSEPH CHRISTOFORO,
By His Attorney:

Edward J. McCormick, III
BBO No. 329780
McCormick & Maitland
144 Main Street
P.O. Box 318
Norfolk, MA 02056
(508)520-0333

LAW OFFICES
McCORMICK & MAITLAND
ONE-FORTY-FOUR
MAIN STREET
COUNTRY CROSSING
P.O. BOX 318
NORFOLK, MA 02056
AREA CODE (508)
520-0333

## CERTIFICATE OF SERVICE

I, Edward J. McCormick, III, certify that on this 3rd day of January, 2005, I have served a true copy of the following, via first class mail, to Stephen C. Pfaff, Esq., Merrick, Louison & Costello, LLP, 67 Batterymarch Street, Boston, MA 02110; and Jay Hodapp, Esq., Monahan & Padellaro, Bullfinch Square, 43 Thorndike Street, Cambridge, MA 02141:

1. Notice of Change of Address.

_____
Edward J. McCormick, III

LAW OFFICES
McCORMICK & MAITLAND
ONE-FORTY-FOUR
MAIN STREET
COUNTRY CROSSING
P.O. BOX 318
NORFOLK, MA 02056
AREA CODE (508)
520-0333