UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

NO. 03 CV 12307 RGS

| | | |
|---|---|---|
| JOSEPH CHRISTOFORO | ) | |
| Plaintiff | ) | |
| | ) | |
| VS. | ) | |
| | ) | JOINT MOTION TO EXTEND |
| JULIO LUPO, | ) | TIME TO CONDUCT |
| FRANK G. COUSINS, JR., | ) | DISCOVERY |
| INDIVIDUALLY AND IN | ) | |
| HIS CAPACITY AS | ) | |
| ESSEX COUNTY SHERIFF, and | ) | |
| CERTAIN UNKNOWN | ) | |
| INDIVIDUALS | ) | |
| Defendants | ) | |

Now come the parties and respectfully move this Honorable Court to extend the time to complete discovery to March 20, 2005. In support of this motion the parties assign the following:

1.  That the parties have engaged in discovery and have been unable to schedule depositions due to scheduling conflicts among counsel;

2.  That the parties have been, and continue to discuss a possible resolution of this matter.

Respectfully Submitted,
JOSEPH CHRISTOFORO,
By His Attorney:

Edward J. McCormick, III
BBO No. 329780
Gilmore, Rees, Carlson & Cataldo, P.C.
1000 Franklin Village Drive
Franklin, MA 02038
(508) 520-2200

1

Respectfully Submitted,
FRANK G. COUSINS, JR.,
By His Attorney:

Stephen C. Pfaff
BBO No. 553057
Merrick, Louison & Costello, LLP
67 Batterymarch Street
Boston, MA  02110
(617)439-0305

Respectfully Submitted,
JULIO LUPO,
By His Attorney:

Jay Hodapp
BBO No. 551348
Monahan & Padellaro
43 Thorndike Street
Cambridge, MA  02141
(617)494-1188

272853.1                              2

## CERTIFICATE OF SERVICE

I, Edward J. McCormick, III, certify that on this 26th day of January, 2005, I have served a true copy of the following, via first class mail, to Stephen C. Pfaff, Esq., Merrick, Louison & Costello, LLP, 67 Batterymarch Street, Boston, MA 02110; and Jay Hodapp, Esq., Monahan & Padellaro, Bullfinch Square, 43 Thorndike Street, Cambridge, MA 02141:

1.    Joint Motion to Extend Time to Conduct Discovery.

Edward J. McCormick, III

272855.1