UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 03-12307-RGS

JOSEPH CHRISTOFORO

v.

JULIO LUPO, FRANK G. COUSINS, JR.,
Individually and in His Capacity as Essex County Sheriff, and
CERTAIN UNKNOWN INDIVIDUALS

ORDER ON MOTION
TO COMPEL

February 24, 2005

STEARNS, D.J.

The motion is ALLOWED. Plaintiff will within ten (10) days certify to the court his compliance with this Order or the case will be dismissed as a sanction.

SO ORDERED.

/s/ Richard G. Stearns
_____
UNITED STATES DISTRICT JUDGE