UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

NO. 03 CV 12307 RGS

| | |
|---|---|
| JOSEPH CHRISTOFORO<br>Plaintiff | )<br>)<br>) |
| VS. | )<br>)<br>)<br>) |
| | )    CERTIFICATION OF DISCOVERY |
| JULIO LUPO,<br>FRANK G. COUSINS, JR.,<br>INDIVIDUALLY AND IN<br>HIS CAPACITY AS<br>ESSEX COUNTY SHERIFF, and<br>CERTAIN UNKNOWN<br>INDIVIDUALS<br>Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

    I do hereby certify that I have today by fax and via Federal Express served discovery, by way answers to interrogatories and response to the request to the production of documents upon defense counsel.

1. That, due to a medical condition, I have been away from the office and was unaware that any discovery was to be due March 7, 2005.

2. More specifically, I was out of the office from February 18, 2005 to February 28, 2005, and on March 1, 2005 underwent an MRI. Since that time I have been attending to a medical condition.

    Signed under the pains and penalties of perjury,

_____
Edward J. McCormick, III

March 8, 2005

276346.1

## CERTIFICATE OF SERVICE

I, Edward J. McCormick, III, certify that on this 8th day of March, 2005 I have served a true copy of the following, via federal express, to United States District Court, One Courthouse Way, Boston, MA 02210; Stephen C. Pfaff, Esq., Merrick, Louison & Costello, LLP, 67 Batterymarch Street, Boston, MA 02110; and Jay Hodapp, Esq., Monahan & Padellaro, Bullfinch Square, 43 Thorndike Street, Cambridge, MA 02141:

1.    Certification of Discovery.

Edward J. McCormick, III