UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

                                                     **CIVIL ACTION NO: 03-12307RGS**

**JOSEPH CHRISTOFORO**
      Plaintiff,

v.

**JULIO LUPO, FRANK G. COUSINS, JR.
INDIVIDUALLY AND IN HIS CAPACITY
AS ESSEX COUNTY SHERIFF AND
CERTAIN UNKNOWN INDIVIDUALS**
      Defendants

## JOINT MOTION TO EXTEND SUMMARY JUDGMENT DEADLINE

Now come the parties and hereby jointly move this Court to extend the time for the filing of summary judgment until May 20, 2005.

As grounds therefore, this Court on July 27, 2004 (Docket Entry No. 20) granted a Motion for Extension of Time until March 20, 2005 to complete discovery. However, there was no order with respect to extending the time for filing summary judgment.

Accordingly, the parties request that they be allowed to file summary judgment no later than May 20, 2005 with responses due fourteen (14) days thereafter unless extended by the court.

| | |
|---|---|
| Plaintiff, Joseph Christoforo,<br>By his attorneys,<br><br>/s/Edward J. McCormick<br>Edward J. McCormick BBO# 329780<br>Gilmore, Rees, Carlson & Cataldo<br>1000 Franklin Village Drive<br>Franklin, MA 02038<br>(508) 520-2200 | Defendant, Sheriff Frank G. Cousins,<br>By his attorneys,<br><br>/s/ Stephen C. Pfaff<br>Douglas I. Louison BBO# 545191<br>Stephen C. Pfaff BBO# 553057<br>Merrick, Louison & Costello, LLP<br>67 Batterymarch Street<br>Boston, MA 02110<br>(617) 439-0305 |

Defendant, Julio Lupo,
By his attorney,


/s/ Joseph W. Monahan
Joseph W. Monahan, III BBO# 351100
Monahan & Padellaro
43 Thorndike Street
Cambridge, MA 02141
(617) 494-1188


## CERTIFICATE OF SERVICE

I, Stephen C. Pfaff, hereby certify that on the 23rd day of March, 2005, I served the foregoing by electronic filing to Edward J. McCormick, Esquire, Gilmore, Rees, Carlson & Cataldo, 1000 Franklin Village Drive, Franklin, MA 02038 and Joseph W. Monahan, III, Monahan & Padellaro, 43 Thorndike Street, Cambridge, MA 02141.


/s/ Stephen C. Pfaff
Stephen C. Pfaff

Case 1:03-cv-12307-RGS    Document 25    Filed 03/23/2005    Page 3 of 3