## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

**CIVIL ACTION NO: 03-12307RGS**

**JOSEPH CHRISTOFORO**
    Plaintiff,

v.

**JULIO LUPO, FRANK G. COUSINS, JR.**
**INDIVIDUALLY AND IN HIS CAPACITY**
**AS ESSEX COUNTY SHERIFF AND**
**CERTAIN UNKNOWN INDIVIDUALS**
    Defendants

### PARTIES' MOTION TO EXTEND TIME TO FOR FILING SUMMARY JUDGMENT

Now come the parties and hereby ask this Honorable Court to extend the time for filing summary judgment by one month from May 20, 2005 until June 20, 2005.

As grounds therefore, the parties state that they need this extra time due to the fact that plaintiff's counsel had major neck surgery on April 21, 2005 and now is just getting back to full time work. Defense counsel had waited to file summary judgment until plaintiff's counsel's improved, knowing that prior to plaintiff's counsel's health improvement he would be unable to respond to

Further, the parties state that this is this final request for an extension of filing of summary judgment, and that all parties assent to this motion.

| | |
|---|---|
| Plaintiff, Joseph Christoforo,<br>By his attorneys, | Defendant, Sheriff Frank G. Cousins,<br>By his attorneys, |
| /s/Edward J. McCormick<br>Edward J. McCormick BBO# 329780<br>Gilmore, Rees, Carlson & Cataldo<br>1000 Franklin Village Drive<br>Franklin, MA 02038<br>(508) 520-2200 | /s/ Stephen C. Pfaff<br>Douglas I. Louison BBO# 545191<br>Stephen C. Pfaff BBO# 553057<br>Merrick, Louison & Costello, LLP<br>67 Batterymarch Street<br>Boston, MA 02110<br>(617) 439-0305 |

Defendant, Julio Lupo,
By his attorney,

/s/ Joseph W. Monahan
Joseph W. Monahan, III BBO# 351100
Monahan & Padellaro
43 Thorndike Street
Cambridge, MA 02141
(617) 494-1188

CERTIFICATE OF SERVICE

I, Stephen C. Pfaff, hereby certify that on the 19th day of May, 2005, I served the foregoing by electronic filing to Edward J. McCormick, Esquire, Gilmore, Rees, Carlson & Cataldo, 1000 Franklin Village Drive, Franklin, MA 02038 and Joseph W. Monahan, III, Monahan & Padellaro, 43 Thorndike Street, Cambridge, MA 02141.

/s/ Stephen C. Pfaff
Stephen C. Pfaff

Case 1:03-cv-12307-RGS    Document 26    Filed 05/19/2005    Page 3 of 3