1

COPY

UNITED STATES DISTRIC COURT

DISTRICT OF MASSACHUSETTS

NO. 03 CV 12307 RGS

- - - - - - - - - - - - - - - - - - - -

JOSEPH CHRISTOFORO,
    Plaintiff

-VS-

JULIO LUPO, FRANK G. COUSINS,
JR., INDIVIDUALLY AND IN HIS
CAPACITY AS ESSEX COUNTY SHERIFF,
and CERTAIN UNKNOWN INDIVIDUALS,
    Defendants

- - - - - - - - - - - - - - - - - - - -

DEPOSITION OF JOSEPH CHRISTOFORO

Volume II

Deposition taken at the law offices of Merrick, Louison & Costello, 67 Batterymarch Street, Boston, Massachusetts, on Thursday, May 19, 2005, commencing at 10:20 a.m.

DUNN & GOUDREAU COURT REPORTING SERVICE, INC.
ONE STATE STREET, BOSTON, MASSACHUSETTS 02109
617-742-6900

ONE STATE STREET, SUITE 1150
BOSTON, MA 02109
(617) 742-6900

```
 1  Q    Okay.  For both those instances, you never put
 2       your complaint in writing to anybody at the Essex
 3       County House of Correction --
 4  A    Yes.
 5  Q    -- is that fair to say?
 6  A    Yes.
 7  Q    I thought you said earlier when you were released
 8       from confinement Lupo approached you.
 9  A    No.
10  Q    Lupo only approached you about possible sexual
11       occurrences while you were confined?
12  A    Yes, sir.
13  Q    Did you report that to anyone?
14  A    No, sir.
15  Q    When the incident about the latex gloves when Lupo
16       would allegedly have you remove them from his work
17       pants, did you report that to anyone?
18  A    No, sir.
19  Q    The incident when Lupo asked Ralph Sordillo if you
20       were bisexual, did you report that to anyone?
21  A    I might have said that to Detective Roache or
22       something.
23  Q    During your interview of January 22, 2003?
24  A    Yah, and even a few of the other things.  I
```

|    |   |                                                                      |
|----|---|----------------------------------------------------------------------|
| 1  |   | thought you meant as the incident occurred.                          |
| 2  | Q | That's my frame of question. As the incident                         |
| 3  |   | occurred, did you report it to anybody?                              |
| 4  | A | No.                                                                  |
| 5  | Q | It's fair to say you might have only detailed                        |
| 6  |   | these incidences I've asked you so far during your                   |
| 7  |   | interview with Roache on January 2, 2003?                            |
| 8  | A | Yes, sir.                                                            |
| 9  | Q | The freezer incident?                                                |
| 10 | A | Yes, sir.                                                            |
| 11 | Q | Did you report that to anybody when that happened?                   |
| 12 |   | MR. MCCORMICK: I'm sorry, for clarification,                         |
| 13 |   | there have been a number of freezer incidents.                       |
| 14 | Q | I have one freezer incident when you said he                         |
| 15 |   | gestured come on close to me, did you report that                    |
| 16 |   | to anyone when it happened?                                          |
| 17 | A | I might have mentioned to someone the tray might                     |
| 18 |   | have got thrown down, you know.                                      |
| 19 | Q | To whom would you have said that?                                    |
| 20 | A | To one of the officers, I don't remember, I'm --                     |
| 21 | Q | Could it have been someone other than Arthur                         |
| 22 |   | LeGault?                                                             |
| 23 | A | No, I don't.                                                         |
| 24 | Q | Do you remember the name?                                            |

```
 1   A      Attorney, I don't, I apologize.
 2   Q      How about the several times he rubbed your crotch
 3          when you were in the cooking line, did you report
 4          that to anybody?
 5   A      No.
 6   Q      So you reported as I understand it two episodes
 7          orally to LeGault, correct?
 8   A      Yah, I mean I can't give an exact figure.
 9   Q      But you never put anything in writing to anybody
10          about this?
11   A      No, I was threatened.
12   Q      By Lupo?
13   A      Yah.
14   Q      You were not threatened by anybody else but Lupo,
15          correct?
16   A      Only by Officer Cronin after he hit me.
17   Q      After the fact?
18   A      Yah.
19              MR. PFAFF:  That's all I have.
20                  (Whereupon, the deposition was closed
21                  at 1 p.m.)
22                          - - - -
23
24
```