UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

NO.  03 CV 12307 RGS

JOSEPH CHRISTOFORO
        Plaintiff

VS.

JULIO LUPO, FRANK G. COUSINS, JR.,
INDIVIDUALLY AND IN HIS CAPACITY
AS ESSEX COUNTY SHERIFF, and
CERTAIN UNKNOWN INDIVIDUALS
        Defendants

## MOTION OF DEFENDANT JULIO LUPO
## FOR SUMMARY JUDGMENT

Now comes the Defendant, Julio Lupo, and moves for summary judgment pursuant to Fed. Rule of Civ. Pro. Rule 56 with regard to Count I of the Plaintiff's Amended Complaint.

As reasons therefor, there exist no genuine issues of material fact and the Defendant is entitled to judgment as a matter of law.

In support hereof, the Defendant submits the attached Memorandum of Law and Exhibits.  (Please note that to computer scanning problems, the Defendant will e-file the Exhibits within the next two days).

    Respectfully submitted,
    DEFENDANT, JULIO LUPO
    By his Attorney,

    /s/ "Jay Hodapp"
    Jay Hodapp/BBO #551348
    Joseph W. Monahan, III/BBO #351000
    MONAHAN & PADELLARO
    43 Thorndike Street
    Cambridge, MA   02141
    617-494-1188

Dated June 20, 2005