UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

NO. 03 CV 12307 RGS

| | |
|---|---|
| JOSEPH CHRISTOFORO ) | |
|     Plaintiff ) | |
| ) | |
| VS. ) | |
| ) | ASSENTED TO MOTION TO EXTEND |
| ) | TIME TO FILE OPPOSITIONS TO THE |
| ) | DEFENDANTS' MOTIONS FOR |
| JULIO LUPO, ) | SUMMARY JUDGMENT |
| FRANK G. COUSINS, JR., ) | |
| INDIVIDUALLY AND IN ) | |
| HIS CAPACITY AS ) | |
| ESSEX COUNTY SHERIFF, and ) | |
| CERTAIN UNKNOWN ) | |
| INDIVIDUALS ) | |
|     Defendants ) | |

    Now comes the Plaintiff and respectfully requests this Honorable Court to extend the time to file oppositions to the Defendants' respective Motions for Summary Judgment to July 29, 2005.

    . In support of this motion the Plaintiff assigns the following:

1.     That both Defendants have almost simultaneously filed Motions for Summary Judgment and counsel for the Plaintiff is scheduled to take a long-planned family vacation;

2.     That counsel for each of the Defendants has assented to the instant motion.

1

Respectfully Submitted,
JOSEPH CHRISTOFORO,
By His Attorney:

    /s/ Edward J. McCormick
Edward J. McCormick, III
BBO No. 329780
GILMORE, REES, CARLSON & CATALDO, P.C.
1000 Franklin Village Drive
Franklin, MA  02038
(508) 520-2200

Date: _____

Assented To:
Defendant,
FRANK G. COUSINS, JR.,
By His Attorney:

/s/ Stephen C. Pfaff
Stephen C. Pfaff
BBO No. 553057
Merrick, Louison & Costello, LLP
67 Batterymarch Street
Boston, MA  02110
(617)439-0305

Defendant:
JULIO LUPO,
By His Attorney:

/s/ Jay Hodapp
Jay Hodapp
BBO No. 551348
Monahan & Padellaro
43 Thorndike Street
Cambridge, MA  02141
(617)494-1188