UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

NO. 03 CV 12307 RGS

| | | |
|---|---|---|
| JOSEPH CHRISTOFORO,<br>      Plaintiff. | )<br>)<br>) | |
| VS. | )<br>)<br>) | MOTION TO STAY SUMMARY<br>JUDGMENT PROCEEDINGS PENDING |
| JULIO LUPO,<br>FRANK G. COUSINS, JR.,<br>INDIVIDUALLY AND IN<br>HIS CAPACITY AS<br>ESSEX COUNTY SHERIFF, and<br>CERTAIN UNKNOWN<br>INDIVIDUALS,<br>      Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | COMPLETION OF DISCOVERY |

      Now comes the Plaintiff and respectfully requests this Honorable Court to stay the hearing on the Defendant's Motion for Summary Judgment pending the completion of discovery.

      In support of said motion, the Plaintiff assigns the following:

1. That the Plaintiff has previously noticed the deposition of the Defendant, Sheriff Cousins, but due to the scheduling difficulties, this deposition has not yet taken place;

2. That the deposition of the Defendant is essential to a fair hearing on the instant motion for summary judgment.

        Respectfully submitted,
        Plaintiff,
        JOSEPH CHRISTOFORO,
        By his attorney,


        _/s/ Edward J. McCormick_
        Edward J. McCormick, III
        GILMORE, REES, CARLSON &
        CATALDO, P.C.
        1000 Franklin Village Drive
        Franklin, MA   02038
        508-520-2200
        BBO#: 389780

Date: _____