UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

NO. 03 CV 12307 RGS

| | | |
|---|---|---|
| JOSEPH CHRISTOFORO, | ) | |
|     Plaintiff. | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| JULIO LUPO, | ) | PLAINTIFF'S MOTION FOR LEAVE |
| FRANK G. COUSINS, JR., | ) | TO FILE SUPPLEMENTAL RESPONSE |
| INDIVIDUALLY AND IN | ) | TO DEFENDANT COUSINS' MOTION |
| HIS CAPACITY AS | ) | FOR SUMMARY JUDGMENT |
| ESSEX COUNTY SHERIFF, and | ) | |
| CERTAIN UNKNOWN | ) | |
| INDIVIDUALS, | ) | |
|     Defendants. | ) | |

    Now comes the plaintiff, Joseph Christoforo, and does hereby move this Honorable Court for leave to file his Supplemental Response to Defendant Cousins' Motion for Summary Judgment.

    1.    That on July 27, 2005, the plaintiff filed his opposition to Defendant Cousins' Motion for Summary Judgment.

    2.    That subsequent to that filing, on September 1, 2005, the plaintiff conducted the depositions of Officer Arthur LeGault and Defendant Sheriff Cousins.

    3.    That the subject matter of these depositions is relevant to the instant case.

    4.    That the plaintiff respectfully requests this Honorable Court grant him until Friday, November 11, 2005 to file his Supplemental Response to Defendant Cousins' Motion for Summary Judgment.

Respectfully Submitted,
JOSEPH CHRISTOFORO
By His Attorney:

_/s/ Edward J. McCormick_

Gilmore, Rees, Carlson & Cataldo, P.C.
1000 Franklin Village Drive
Franklin, MA 02038
(508) 520-2200
BBO No. 329780