UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

NO. 03 CV 12307 RGS

| | |
|---|---|
| JOSEPH CHRISTOFORO,       ) | |
|     Plaintiff.       ) | |
|       ) | |
| vs.       ) | |
|       ) | |
| JULIO LUPO,       ) | NOTICE OF APPEAL |
| FRANK G. COUSINS, JR.,       ) | |
| INDIVIDUALLY AND IN       ) | |
| HIS CAPACITY AS       ) | |
| ESSEX COUNTY SHERIFF, and       ) | |
| CERTAIN UNKNOWN       ) | |
| INDIVIDUALS,       ) | |
| Defendants.       ) | |

    Now comes the plaintiff, Joseph Christoforo, and respectfully gives notice of his appeal from the Court order of November 14, 2005, granting the defendant, Frank G. Cousins, Jr.'s, Motion for Summary Judgment.

                                           Respectfully Submitted,
                                           JOSEPH CHRISTOFORO
                                           By His Attorney:

                                         _/s/ Edward J. McCormick_
                                         Edward J. McCormick, III
                                         Gilmore, Rees, Carlson & Cataldo, P.C.
                                         1000 Franklin Village Drive
                                         Franklin, MA 02038
                                         (508) 520-2200
                                         BBO No. 329780

287980.2