UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

NO. 03 CV 12307 RGS

| | |
|---|---|
| JOSEPH CHRISTOFORO,      ) | |
|     Plaintiff.                ) | |
|                            ) | |
| vs.                             ) | |
|                            ) | |
| JULIO LUPO,               ) | NOTICE OF CHANGE OF ADDRESS |
| FRANK G. COUSINS, JR.,     ) | |
| INDIVIDUALLY AND IN       ) | |
| HIS CAPACITY AS            ) | |
| ESSEX COUNTY SHERIFF, and  ) | |
| CERTAIN UNKNOWN          ) | |
| INDIVIDUALS,               ) | |
|     Defendants.             ) | |

Now comes counsel for the plaintiff in the above-entitled matter and does give notice of his change of address to:

> Edward J. McCormick, III, Esq.
> MCCORMICK & MAITLAND
> 195 Main Street
> Franklin, MA   02038
> 508-520-0333

> Respectfully submitted, the Plaintiff,
> By his attorney,
>
> /s/ Edward J. McCormick, III
> Edward J. McCormick, III
> McCormick & Maitland
> 195 Main Street
> Franklin, MA   02038
> 508-520-0333
> BBO #: 329780

## CERTIFICATE OF SERVICE

      I, Edward J. McCormick, III, Esq., hereby certify that on this 2nd day of March, 2006, I served a copy of the Notice of Change of Address, via first-class mail, postage prepaid, upon the following:

Stephen C. Pfaff, Esq.
Douglas I. Louison, Esq.
Merrick, Louison & Costello, LLP
67 Batterymarch Street
Boston, MA  02110

Joseph W. Monahan, III, Esq.
Thomas J. Freda, Esq.
Monahan & Padellaro
43 Thorndike Street
Cambridge, MA  02141

                                                /s/ Edward J. McCormick, III
                                                Edward J. McCormick, III