MANDATE

# United States Court of Appeals
## For the First Circuit

No. 06-1052

JOSEPH CHRISTOFORO

Plaintiff - Appellant

v.

FRANK G. COUSINS, JR., individually and in his capacity as Essex County Sheriff

Defendant - Appellee

JULIO LUPO; CERTAIN UNKNOWN INDIVIDUALS

Defendants

---

**JUDGMENT**
**Entered: March 14, 2006**

Upon consideration of appellant's unopposed motion,

It is hereby ordered that this appeal be voluntarily dismissed pursuant to Fed. R. App. P. 42(b) with each party to bear its own costs.

Mandate to issue forthwith.

Certified and Issued as Mandate
under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

*George [signature]*
Deputy Clerk

Date: 3/14/06

By the Court:
Richard Cushing Donovan, Clerk

MARGARET CARTER
By: _____
Chief Deputy Clerk

[cc: Edward J. McCormack, III, Esq., Douglas I. Louison, Esq., Stephen C. Pfaff, Esq.]