UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

JOSEPH CHRISTOFORO

       V.                                  CIVIL ACTION NO. 03-12307-RGS

JULIO LUPO

ORDER SETTING CIVIL CASE FOR JURY TRIAL

STEARNS, DJ.                                                        FEBRUARY 27, 2007

THE ABOVE-CAPTIONED ACTION IS HEREBY SET FOR JURY TRIAL ON MONDAY, JUNE 18, 2007 AT 9:00 A.M. IN COURTROOM #21, 7TH FLOOR, JOHN JOSEPH MOAKLEY UNITED STATES COURTHOUSE, BOSTON, MA.

ON OR BEFORE JUNE 12, 2007, COUNSEL SHALL FILE THE FOLLOWING MATERIALS WITH THE COURT:

    1. Any stipulated or admitted facts in a form suitable for presentation to the Court or jury;

    2. A list of prospective witnesses, including names, city or town of residence, or business institutional address;

    3. An identification by inclusive page and lines of any portions of depositions or interrogatory responses to be offered at trial, and a precise statement of any objections thereto;

    4. A "Joint List of Exhibits" as to which there is NO objection, IDENTIFIED AND MARKED BY A SINGLE SEQUENCE OF NUMBERS, regardless of which party is the proponent of an exhibit (such exhibits are deemed ADMITTED and need NOT be independently offered at trial;

    5. A "List of Exhibits to be Offered at Trial", as to which a party reserves the right to object, IDENTIFIED AND MARKED BY A SINGLE SEQUENCE OF CAPITAL LETTERS, regardless of which party is the proponent of an exhibit;

    6. Motions in Limine or other requests regarding foreseeable disputes concerning evidentiary issues, including authority for the ruling requested;

    7. A TRIAL MEMORANDUM addressing those items as to which there are foreseeable disputes concerning issues of law;

    8. An informed estimate of the probable length of the trial, based on a trial schedule of 9:00 A.M. to 1:00 P.M. daily. In any case exceeding one week's duration, the Court will impose time limits on the parties which will be STRICTLY ENFORCED;

    9. In cases to be tried by a jury:
        A. REQUESTS FOR INSTRUCTIONS WITH CITATION TO SUPPORTING AUTHORITY;

      B.  ANY PROPOSED OR SPECIAL VERDICT QUESTIONS;
      C.  ANY PROPOSED QUESTIONS FOR THE <u>VOIR DIRE</u> EXAMINATION;
      D.  A <u>SUCCINCT AND NEUTRAL</u> STATEMENT SUMMARIZING THE PRINCIPAL CLAIMS AND DEFENSES OF THE PARTIES TO BE READ TO THE VENIRE DURING EMPANELMENT.

10. All trial exhibits <u>must</u> be reclaimed by the end of the first business day following the day of the verdict.  This policy is <u>strictly enforced by the Court</u> as there is no space at the Courthouse to store exhibits after a trial has ended. Exhibits not reclaimed by counsel will be discarded.

SO ORDERED.

                                       RICHARD G. STEARNS
                                       UNITED STATES DISTRICT JUDGE

            BY:            /s/ Mary  H. Johnson
                          _____
                          Deputy Clerk

DATED AT BOSTON:  2/27/07

NOTE TO COUNSEL:    IF THE ABOVE CASE SHOULD SETTLE, COUNSEL ARE INSTRUCTED TO CONTACT THE COURTROOM CLERK, MARY JOHNSON, IMMEDIATELY AT 617-748-9162.