UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

NO. 03 CV 12307 RGS

| | |
|---|---|
| JOSEPH CHRISTOFORO,<br>    Plaintiff<br><br>vs.<br><br>JULIO LUPO,<br>FRANK G. COUSINS, JR.,<br>INDIVIDUALLY AND IN HIS<br>CAPACITY AS ESSEX COUNTY<br>SHERIFF, and<br>CERTAIN UNKNOWN INDIVIDUALS,<br>    Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### ~~(PROPOSED)~~ ORDER

In compliance with the Policy of the Judicial Conference of the United States and the E-Government Act of 2002, Julio Lupo hereby electronically files this redacted copy of the proposed Order to be replaced by a complete copy of said Order sent via first-class mail to the Office of the Civil Clerk, United States District Court, One Courthouse Way, Boston, MA 02210-3002 on May 21, 2007. The completed paper copy of said Order includes personal information redacted from this electronically filed copy.

The Defendant, Julio Lupo's Motion for an Order granting access to criminal offender record information concerning Joseph Christoforo, from the State's Criminal Justice and Correctional Agencies, Criminal Offender Record Information ("CORI"), Date of Birth: xx/xx/1963, Social Security Number xxx-xx-8806 is hereby allowed.

Any governmental agency possessing criminal offender record information concerning

Joseph Christoforo, Date of Birth: xx/xx/1963, Social Security Number xxx-xx-8806 shall release the information to Attorney Joseph Monahan or his appointed agent upon presentation of this Order.

6-4-07

By the Court:

/s/ Richard M. Stearns
United States District Judge