UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**03 cv 12307 RGS**

NO.

| | |
|---|---|
| JOSEPH CHRISTOFORO,<br>    Plaintiff<br><br>VS.<br><br>JULIO LUPO, and<br>CERTAIN UNKNOWN<br>INDIVIDUALS<br>    Defendants | MAGISTRATE JUDGE Collings<br>COMPLAINT<br><br>PLAINTIFF CLAIMS<br>TRIAL BY JURY |

General Allegations

1. The plaintiff Joseph Christoforo is an individual with a place of residence in the Commonwealth of Massachusetts, and was at the time of the events alleged in the instant Complaint an inmate at the Essex County House of Correction in Middleton, Essex County, Commonwealth of Massachusetts.

2. The defendant Julio Lupo was at the time of the events alleged in the instant Complaint employed as a corrections officer at the Essex County House of Correction in Middleton by the Essex County Sheriff's Department.

3. The plaintiff further alleges that certain unknown individuals, whose identities are presently unknown to the plaintiff but who were officers of the Essex County Sheriff's Department, did deprive the plaintiff of his rights as guaranteed by the First, Fourth, Fifth, Eighth and Fourteenth Amendments to the Constitution of the United States, and as further stated herein.

LAW OFFICES
MCCORMICK & MAITLAND
ONE-FORTY-FOUR
MAIN STREET
COUNTRY CROSSING
P.O. BOX 318
NORFOLK, MA 02056
AREA CODE (508)
520-0333

AMOUNT $ 150   5/18/9
SUMMONS ISSUED Yes
LOCAL RULE 4.1
WAIVER FORM

11/19/03  J.O.M

1

4. This action is brought pursuant to 42 U.S.C. §§ 1983 and 1988, and claims violations of the defendant's civil rights as guaranteed by the First, Fourth, Fifth, Eighth and Fourteenth Amendments to the Constitution of the United States.

5. This Court has jurisdiction pursuant to 28 U.S.C. §§ 1331 and 1343.

Factual Allegations

6. On or about December 23, 2002, Mr. Christoforo was incarcerated at the Essex County House of Correction.

7. On or about December 23, 2002, the defendant Lupo did assault Mr. Christoforo with a blow to the head causing severe injury.

8. At the time the defendant did assault Mr. Christoforo he was an employee of the Essex County Sheriff's Department and was acting under color of law.

9. That, prior to the assault, the plaintiff had notified certain Essex County Sheriffs Department officials, whose identities have not been fully ascertained, that he apprehended an impending physical assault at the hands of the defendant Lupo.

10. That as a result of the assault by the defendant, Mr. Christoforo sustained extensive and permanent damages, including but not limited to, hearing loss, eyelid drooping, uncontrolled blinking, ringing ear, vision loss, walking difficulty and nausea.

11. That as a result of the above-described assault Mr. Christoforo sustained physical injuries, mental anguish, emotional distress, and permanent injuries.

12. That all of the above-described acts took place at the Essex County House of Correction while the defendants were acting under color of law, on behalf of Essex County and in accordance with policies set forth by the Sheriff's Department.

LAW OFFICES
McCORMICK & MAITLAND
ONE-FORTY-FOUR
MAIN STREET
COUNTRY CROSSING
P.O. BOX 318
NORFOLK, MA 02056
AREA CODE (508)
520-0333

13. That by the above-described assault, the defendants did deprive Mr. Christoforo of his rights as guaranteed by the First, Fourth, Fifth, Eighth and Fourteenth Amendments to the Constitution of the United States, and prohibited by 42 U.S.C. §§ 1983 and 1988.

14. That the actions of the defendant Lupo in assaulting Mr. Christoforo, and of the defendant certain unknown individuals in failing to take the steps necessary to avert the assault, were extreme and outrageous.

15. That the plaintiff has exhausted his administrative remedy procedure.

COUNT I   THE PLAINTIFF JOSEPH CHRISTOFORO'S CAUSE OF ACTION AGAINST THE DEFENDANT JULIO LUPO PURSUANT TO 42 U.S.C. §§ 1983 AND 1988

16. The plaintiff repeats the allegations contained in paragraphs one and two of the General Allegations, and paragraphs six through fifteen of the Factual Allegations.

17. That the defendant Lupo, an employee of Essex County and acting within the scope of his duties and under color of law did intentionally, or with a reckless disregard, and/or deliberate indifference to the rights of the plaintiff, assault and batter the plaintiff, which was the proximate cause of the plaintiff's injuries.

Wherefore, the plaintiff Joseph Christoforo demands judgment against the defendant Julio Lupo in an amount as the evidence may prove at trial, plus punitive damages, interest, costs and attorneys fees.

LAW OFFICES
MCCORMICK & MAITLAND
ONE-FORTY-FOUR
MAIN STREET
COUNTRY CROSSING
P.O. BOX 318
NORFOLK, MA 02056
AREA CODE (508)
520-0333

COUNT II    THE PLAINTIFF JOSEPH CHRISTOFORO'S CAUSE OF ACTION AGAINST THE DEFENDANT CERTAIN UNKNOWN INDIVIDUALS PURSUANT TO 42 U.S.C. §§ 1983 AND 1988

18. The plaintiff repeats the allegations contained in paragraphs one and three of the General Allegations, and paragraphs six through fifteen of the Factual Allegations.

19. That the defendant certain unknown individuals, employees of Essex County and acting within the scope of their duties and under color of law, knew, or should have known, of the impending assault and battery upon the plaintiff at the hands of the defendant Julio Lupo, and by their failure to take any steps to prevent such assault and battery, did act with a reckless disregard, and/or deliberate indifference to the rights of the plaintiff, and were the proximate cause of the plaintiff's injuries.

Wherefore, the plaintiff Joseph Christoforo demands judgment against the defendant certain unknown individuals in an amount as the evidence may prove at trial, plus punitive damages, interest, costs and attorneys fees.

JOSEPH CHRISTOFORO,
By His Attorney,

Edward J. McCormick, III
BBO No. 329780
McCormick & Maitland
144 Main Street
P.O. Box 318
Norfolk, MA 02056
(508)520-0333

LAW OFFICES
MCCORMICK & MAITLAND
ONE-FORTY-FOUR
MAIN STREET
COUNTRY CROSSING
P.O. BOX 318
NORFOLK, MA 02056
AREA CODE (508)
520-0333