Page 1

Volume I
Pages 1 to 91
Exhibits 1 to 8

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - - -

JOSEPH CHRISTOFORO,
　　　　Plaintiff(s),

v.　　　　　　　　　　Civil Action
　　　　　　　　　　　No. 03 CV 12307 RGS
JULIO LUPO, FRANK G. COUSINS, JR.,
INDIVIDUALLY AND IN HIS CAPACITY AS
ESSEX COUNTY SHERIFF, AND CERTAIN
UNKNOWN INDIVIDUALS,
　　　　Defendant(s).

- - - - - - - - - - - - - - - - -

　　　DEPOSITION OF JULIUS J. LUPO, a witness called by counsel for the Plaintiff, taken pursuant to the applicable rules, before Diane L. McElwee, Registered Merit Reporter and Notary Public in and for the Commonwealth of Massachusetts, at the Offices of GILMORE, REES, CARLSON & CATALDO, P.C, 1000 Franklin Village Drive, Franklin, Massachusetts, on Monday, May 16, 2005, commencing at 2:35 PM.

　　　　　　　　　　DIANE L. McELWEE, RPR, RMR

Page 2

PRESENT:

GILMORE, REES, CARLSON & CATALDO, P.C
1000 Franklin Village Dr.
Franklin, MA 02038
by Edward J. McCormick, III, Esq.
for the Plaintiff

MONAHAN & PADELLARO
43 Thorndike St.
Cambridge, MA 02141
by Jay Hodapp, Esq.
for the Defendant Julio Lupo

MERRICK, LOUISON & COSTELLO
67 Batterymarch St.
Boston, MA 02110
Stephen Pfaff, Esq.
for the Defendant Frank G. Cousins, Jr.

Page 3

INDEX

| WITNESS: | DIRECT | CROSS | REDIRECT | RECROSS |
|---|---|---|---|---|
| JULIUS J. LUPO | | | | |
| by Mr. McCormick | 4 | | | |
| by Mr. Pfaff | | 75 | | |
| by Mr. McCormick | | | 83 | |
| by Mr. Hodapp | | | | 84 |
| by Mr. McCormick | | | 85 | |
| by Mr. Hodapp | | | | 88 |
| by Mr. McCormick | | | 88 | |

EXHIBITS

| No. | | Page |
|---|---|---|
| 1 | Statement given to Mr. Roche on 1/2/03, 36 pages | 45 |
| 2 | Incident report | 53 |
| 3 | Receipt for having read the employee handbook dated 1/25/99 | 55 |
| 4 | Document given to Mr. Lupo after the hearing by Sheriff Cousins | 62 |
| 5 | Settlement agreement, three pages | 67 |
| 6 | Resignation letter | 67 |
| 7 | Receipt for having read the employee handbook dated in 2001 | 76 |
| 8 | Receipt for having read the employee handbook dated 1/25/99 | 76 |

Page 4

PROCEEDINGS

　　　MR. McCORMICK: Counsel, with regards to stipulations, the usual stipulations we have had in previous depositions, that being that all objections except as to the form of the question and motions to strike will be reserved until the time of trial?

　　　MR. PFAFF: Fine.

　　　MR. HODAPP: Agreed.

　　　MR. McCORMICK: With regard to reading and signing this deposition, what's your preference, counsel?

　　　MR. HODAPP: I would request the opportunity to read and sign if we could, waive the notary.

　　　MR. McCORMICK: Okay. Thirty days?

　　　MR. HODAPP: Please.

　　　JULIUS J. LUPO, a witness identified and sworn, was examined and testified as follows:

DIRECT EXAMINATION

BY MR. McCORMICK:

　　Q　State your name, please.

Page 9

[1]   A    It's a corporation.
[2]   Q    That is registered with the Secretary of
[3]   States's Office in the Commonwealth of Massachusetts?
[4]   A    Yes, yes.
[5]   Q    Who is the president of that corporation?
[6]   A    I am, myself.
[7]   Q    Who owns the stock in that corporation?
[8]   A    I do.
[9]   Q    100 percent?
[10]  A    Yes.
[11]  Q    And the location, the property where Lupo's
[12]  Pizza is located, who owns that?
[13]  A    S.R. Wiener Corporation.
[14]  Q    Do you pay them rent?
[15]  A    I pay them rent.
[16]  Q    Do you have a lease?
[17]  A    Yes, I have a seven-year lease.
[18]  Q    By that lease you are not only leasing the
[19]  real property; you are leasing the building?
[20]  A    I don't understand that.
[21]  Q    Do you lease the building from anyone else
[22]  than the entity you just described?
[23]  A    No, just from S.R. Wiener.
[24]  Q    What do you pay a month for rent?
[25]

Page 10

[1]   A    27, $2800 for rent.
[2]   Q    Now prior to opening Lupo's, where did you
[3]   work?
[4]   A    I worked for the Department of Corrections,
[5]   Middleton, Mass.
[6]   Q    Is that the Essex County --
[7]   A    Essex County Sheriff's Department.
[8]   Q    When did you first go to work for the Essex
[9]   County Sheriff's Department, Mr. Lupo?
[10]  A    Either December of '97 or January '98,
[11]  something like that. I am not actually sure of the
[12]  date.
[13]  Q    If I show you your answers to
[14]  interrogatories, No. 3, Please state your employment
[15]  background listing the name and address of each
[16]  employer you have worked from 1985 to the present,
[17]  you state that you went to work for the Essex County
[18]  House of Correction in Middleton, Mass. in 1999.
[19]  Would that refresh your memory?
[20]  A    Yes.
[21]  Q    So it would be 1999 that you went --
[22]  A    Yes, that would be correct.
[23]  Q    Now for what job were you hired to perform
[24]  at the Essex County House of Correction by the
[25]

Page 11

[1]   Sheriff's Department in 1999?
[2]   A    To be an institutional cook.
[3]   Q    What were your duties and responsibilities
[4]   as an institutional cook?
[5]   A    To make sure that the meals for the inmates
[6]   is correct and to supply recipes to make the product.
[7]   Q    Did you actually cook?
[8]   A    Yes, I cooked for the staff, for the
[9]   correctional officers, and all the staff of the Essex
[10]  County Jail.
[11]  Q    So you cooked for the staff and the
[12]  corrections officers?
[13]  A    Yes.
[14]  Q    But you didn't cook for the inmates?
[15]  A    No.
[16]  Q    Who cooked for the inmates? This is 1999.
[17]  A    The inmates did.
[18]  Q    The inmates do their own cooking?
[19]  A    Yes. We give them the recipe, go over the
[20]  recipe with them, tell them how to do the procedures,
[21]  and let them do the product.
[22]  Q    So, in other words, you taught them how to
[23]  do it, and they would cook their meals themselves?
[24]  A    Yes. There was two other correctional cooks
[25]

Page 12

[1]   there, too. We all worked together, because if I was
[2]   out, then another gentleman would step in and take
[3]   over.
[4]   Q    Now is that the position that you took when
[5]   you first joined the Sheriff's Department in 1999?
[6]   A    Yes.
[7]   Q    Did that job change at any time?
[8]   A    It changed in approximately maybe a year or
[9]   year and a half later. I was switched to the first
[10]  shift and became assistant food director.
[11]  Q    What were your duties and responsibilities
[12]  as an assistant food director?
[13]  A    My responsibilities and duties were the
[14]  same, to prepare the meals, teach inmates how to do
[15]  the meals and cook for staff.
[16]  Q    How did that differ from the job you had
[17]  when you first started in 99?
[18]  A    Because I was just mainly there for the
[19]  second feeding.
[20]  Q    So your job stayed the same, but it was what
[21]  time of day you were there?
[22]  A    Yes.
[23]  Q    When you say the second feeding, what times
[24]  are the inmates fed in Middleton?
[25]

Page 29

[1]  A  Yes, it could be.
[2]  Q  What were you taught at this boot camp?
[3]  A  C.P.R., self-defense, how to use a pistol,
[4] a rifle, what to do when there are riots.
[5]  Q  Anything else?
[6]  A  That's all.
[7]  Q  What were you taught relative to
[8] self-defense?
[9]  A  Can you rephrase that a little?
[10] Q  Sure.
[11]    You say you were taught self-defense at
[12] this boot camp. From whom were you being taught to
[13] defend yourself against?
[14] A  Outbreak of crowds.
[15] Q  Meaning inmates?
[16] A  Inmates.
[17] Q  Were you taught any specific tactics or body
[18] maneuvers on how to defend yourself from inmates?
[19] A  I don't recall what the specifics were.
[20] Q  Were you taught how to defend yourself in
[21] case an inmate attacked you?
[22] A  Yes.
[23] Q  And what were some of the things you were
[24] taught?
[25]

Page 30

[1]  A  I don't recall that. Like, put your hands
[2] up.
[3]  Q  Were you taught any specific vulnerable
[4] parts of the body on which to strike an inmate if you
[5] were attacked?
[6]  A  No.
[7]  Q  You don't remember anything else, what you
[8] were taught about self-defense?
[9]  A  No.
[10] Q  You were taught how to use a pistol and
[11] rifle?
[12] A  Yes.
[13] Q  And your position at this time was assistant
[14] food director, correct?
[15] A  Yes.
[16] Q  And you were taught what to do if there was
[17] a riot, correct?
[18] A  Yes.
[19] Q  What were you taught to do if there was an
[20] inmate riot at the House of Correction?
[21] A  Control the situation, lock down the
[22] premises, and call the riot guards in.
[23] Q  With regard to controlling the situation,
[24] what were you taught on how to control inmates?
[25]

Page 31

[1]    MR. PFAFF:  Objection.
[2]    MR. McCORMICK:  I will rephrase.
[3]  Q  Were you given any specific instructions on
[4] how to behave during an inmate riot?
[5]  A  Just to let the riot guards, officers handle
[6] it.
[7]  Q  What were you instructed to do?
[8]  A  To make sure all the rest of the inmates go
[9] back to their locks.
[10] Q  Meaning the nonrioting inmates?
[11] A  Yes.
[12] Q  Were you given any instructions on what to
[13] do when an inmate refused any of your directives?
[14] A  No.
[15] Q  What else were you taught to do relative to
[16] if there was a riot at the House of Correction?
[17] A  Just the people to call and stay there.
[18] Stay at a safe place.
[19] Q  Did you ever experience a riot at the Essex
[20] County House of Correction?
[21] A  No.
[22] Q  Did you ever use a pistol at the Essex
[23] County House of Correction?
[24] A  No.
[25]

Page 32

[1]  Q  Ever use a rifle?
[2]  A  No.
[3]  Q  Ever use any means of self-defense that you
[4] were taught?
[5]  A  No.
[6]  Q  Did you ever strike an inmate?
[7]  A  Yes.
[8]  Q  When was the first time you struck an inmate
[9] at the Essex County House of Correction?
[10] A  December 23d, Joseph Cristoforo.
[11] Q  Tell us about that incident. What happened
[12] that caused you to strike Mr. Cristoforo on or about
[13] December 23, 2002?
[14] A  They were doing the meals.
[15] Q  When you say "they," who do you mean?
[16] A  The inmates were setting up the trays for
[17] lunch feeding. Inmate Cristoforo was causing a
[18] disturbance in the line to slow the production down.
[19] Q  What was he doing?
[20] A  Talking between all the inmates, causing
[21] problems.
[22] Q  What problems was he causing?
[23] A  Just work problems, work-related problems.
[24] Q  Like what?
[25]

Page 33

[1]   A   Like stopping the inmates from working up to
[2]   par.
[3]   Q   Did he physically stop anyone from working
[4]   up to par?
[5]   A   No.
[6]   Q   So he did this, in your opinion, simply by
[7]   speaking?
[8]   A   Speaking.
[9]   Q   What was he doing?
[10]  A   Swearing.
[11]  Q   What was he saying other than swearing?
[12]  A   I don't recall.
[13]  Q   What specific words, if any, do you recall
[14]  him saying?
[15]  A   That this place sucks; we don't have to do
[16]  this work.
[17]  Q   Anything else?
[18]  A   That's all.
[19]  Q   How many times did he say that?
[20]  A   I don't remember.
[21]  Q   More than one?
[22]  A   No, probably once, maybe twice.  After the
[23]  first time I went to tell him to be quiet, and then
[24]  when I went back, then they started again.  They
[25]

Page 34

[1]   started banging.
[2]   Q   You heard him say, This place sucks; we
[3]   don't have to do this, words to that effect?
[4]   A   Something like that.
[5]   Q   You are not sure what the words were?
[6]   A   Right.
[7]   Q   What did you do when you heard that?
[8]   A   I went over and told him to keep the noise
[9]   down and keep the line moving.
[10]  Q   What did he say to you?
[11]  A   He said something, and I turned my back.
[12]  Q   Then what?
[13]  A   He said, Fuck him.
[14]  Q   Then what did you do then?
[15]  A   I went back to my table, and when the noise
[16]  started up again, I went to Cristoforo and flicked
[17]  his ear and told him to be quiet.
[18]  Q   When you flicked his ear, as you put it, was
[19]  he facing away from you?
[20]  A   No.  He was looking straight ahead.
[21]  Q   You came at him from the side?
[22]  A   Yes.
[23]  Q   He wasn't looking at you when you touched
[24]  him?
[25]

Page 35

[1]   A   No.
[2]   Q   When you say "flicked his ear," what hand
[3]   did you use?
[4]   A   My right hand.
[5]   Q   Was it open or closed?
[6]   A   It was a back flip (indicating).
[7]   Q   You made a gesture.  You struck him with the
[8]   back part --
[9]   A   -- back part of my hand.
[10]  Q   It was an open hand?
[11]  A   Open hand.
[12]  Q   Where on Mr. Cristoforo's body did you
[13]  strike him?
[14]  A   His earlobe.
[15]  Q   His earlobe?
[16]  A   Yes.
[17]  Q   Did you touch his neck?
[18]  A   No.
[19]  Q   So you gave a backhand and only touched his
[20]  earlobe?
[21]  A   No, not a backhand.  I flicked him, a flip.
[22]  Q   How far away from him when you first
[23]  initiated --
[24]  A   Right beside him.
[25]

Page 36

[1]   Q   How far away?
[2]   A   Not even two inches.
[3]   Q   He hadn't turned to look at you?
[4]   A   No.
[5]   Q   So you were two inches -- you came up upon
[6]   him two inches away, and he hadn't turned to look at
[7]   you?
[8]   A   Right.
[9]   Q   And you flipped the back part of your hand
[10]  and hit just his earlobe?
[11]  A   Just his earlobe.
[12]  Q   No other part of his body?
[13]  A   No.
[14]  Q   You are sure?
[15]  A   Yes.
[16]  Q   What did he do?
[17]  A   Just continued working.
[18]  Q   Didn't make any reaction at all?
[19]  A   No.
[20]  Q   You hit his earlobe, and he didn't bat an
[21]  eyelash?
[22]  A   No.
[23]  Q   Didn't turn to you and say, What do you
[24]  want?
[25]

[1] You have it.
[2] Q  Can I see that for a minute, Mr. Lupo?
[3]     MR. McCORMICK: It's 36 pages.
[4]     MR. PFAFF: Okay.
[5]     (Pause)
[6]     (Discussion off the record)
[7]     (Pause)
[8] Q  Mr. Lupo, have you had an opportunity to
[9] read the document I just showed you?
[10] A  Yes.
[11] Q  And is that in fact your statement that you
[12] gave Mr. Michael Roche on January 2, 2003?
[13] A  Yes.
[14]    MR. McCORMICK: Can we have this
[15] marked as Exhibit 1, please.
[16]    (Exhibit 1 marked for identification)
[17] Q  For the record, Exhibit 1 is your statement.
[18] You gave that to Michael Roche on January 2, 2002,
[19] correct?
[20] A  Yes.
[21]    MR. PFAFF: What's the date?
[22]    MR. McCORMICK: January 2, 2003.
[23] Q  The inmates that were on line with
[24] Mr. Cristoforo the day you struck him, do you recall
[25]

Page 46

[1] who they were?
[2] A  No, I don't.
[3] Q  Do you know an inmate by the name of Eugene
[4] Fernandes?
[5] A  No.
[6] Q  So it's safe to say you don't know he was
[7] one of the inmates on the line or not?
[8] A  It's safe to say I don't know if he was one
[9] of the inmates.
[10] Q  What about Mr. Smith? I believe we talked
[11] about an inmate named Robert Smith earlier. Do you
[12] recall if he was on the line that day?
[13] A  Yes.
[14] Q  Was he?
[15] A  Yes.
[16] Q  What about Ralph Sordello?
[17] A  I don't recall.
[18] Q  Do you know an inmate by the name of David
[19] Souther, S O U T H E R?
[20] A  I don't recall that.
[21] Q  You don't recall him?
[22] A  I don't recall him.
[23] Q  You do recall Mr. Smith was on the line that
[24] day?
[25]

Page 47

[1] A  Yes.
[2] Q  Do you recall where he was working in
[3] relationship to Mr. Cristoforo on December 23, 2002?
[4] A  No, I don't know where.
[5] Q  But in total there were only about eight
[6] inmates working, correct?
[7] A  Yes.
[8] Q  And he was working on the assembly line as
[9] one of those eight inmates?
[10] A  Yes.
[11] Q  Okay. After the incident where you struck
[12] Mr. Cristoforo, you say you went to the supermarket,
[13] correct?
[14] A  Yes.
[15] Q  And you came back. Did you return to the
[16] Essex County jail?
[17] A  Yes.
[18] Q  What did you do when you returned?
[19] A  When I returned, an officer told me that
[20] Mr. Cristoforo went to the infirmary.
[21] Q  What did you say to him?
[22] A  I said, Why?
[23]    He said he was throwing up in the back.
[24] Q  What was your reaction?
[25]

Page 48

[1] A  I called Deputy McCoy.
[2] Q  Why?
[3] A  To take me up to the infirmary to see what
[4] was going on.
[5] Q  To do what?
[6] A  To take me to the infirmary to see Joe
[7] Cristoforo.
[8] Q  Joe Cristoforo was already at the infirmary.
[9] You called Mr. McCoy to bring him to the infirmary,
[10] correct?
[11] A  To bring me to the infirmary.
[12] Q  Why did you want to go to the infirmary?
[13] A  See what was Cristoforo's problem.
[14] Q  Did you go to the infirmary?
[15] A  With Deputy McCoy.
[16] Q  Would that be a yes?
[17] A  Yes.
[18] Q  And this was on December 23, 2002?
[19] A  On or about that day.
[20] Q  Is it the same day you struck
[21] Mr. Cristoforo?
[22] A  Yes, the same day I struck Joe Cristoforo.
[23] Q  When you went to the infirmary, did you see
[24] Mr. Cristoforo there?
[25]