Pages: 1 - 37

ESSEX COUNTY CORRECTIONAL FACILITY
AND SHERIFF'S DEPARTMENT

CASE NO. 02-ECSD-H-012


INTERVIEW OF:     JULIO LUPO


CONDUCTED BY:     MICHAEL J. ROCHE,
                  Internal Affairs Investigator


DATE:             JANUARY 2, 2003

|    |    |                                                        |
|----|----|--------------------------------------------------------|
| 1  |    | want to cook anymore so Paul made him a               |
| 2  |    | pot man, dish room man, all-around man,               |
| 3  |    | and to work the line, clean bathrooms,                |
| 4  |    | that was his new job. So I said, Fine.                |
| 5  |    | I was very confused why Christoforo just              |
| 6  |    | left like that.                                        |
| 7  |    | So as the day went on,                                 |
| 8  |    | around nine o'clock him and Inmate Smith              |
| 9  |    | were using obscene languages, trying to,              |
| 10 |    | um, the line to get rowdy and a possible              |
| 11 |    | breakdown on work. So I went over to                  |
| 12 |    | them and I told them just to be quiet,                |
| 13 |    | please, and when I walked away, again                 |
| 14 |    | with the abusive language all over again              |
| 15 |    | starting. And I went back and tapped                  |
| 16 |    | him on his ear, you know, just like that              |
| 17 |    | --                                                     |
| 18 | Q. | To -- who did you tap on the ear?                     |
| 19 | A. | I tapped Joe Christoforo on his ear with              |
| 20 |    | my hand and told him be quiet and we                  |
| 21 |    | continued to work, they continued to                  |
| 22 |    | work. Got the line done. At 10:30 they                |
| 23 |    | went to the dining room, they ate their               |
| 24 |    | lunch. I was in staff (inaudible) food                |

```
 1            Christoforo he's gonna clean toilets?
 2   A.   No, I didn't tell Christoforo to clean
 3        toilets, I think Mr. Paul Wolzack told
 4        him he was gonna clean the toilets.
 5        Deputy McCoy wants one person to, um,
 6        one person working every shift to clean
 7        the toilets in the inmate's bathroom.
 8        And Paul Wolzack stated to all of them
 9        that every person will have a chance to
10        clean the toilet.
11   Q.   Hmm.
12   A.   You know, instead of you doing it all
13        the time everybody else will --
14        everybody will have a chance of doing
15        it.
16   Q.   Yeah. So you admit that you, what,
17        tapped him on the head --
18   A.   Yes.
19   Q.   -- with a fist or with a backhand --
20   A.   No, with an open hand.
21   Q.   With an open hand?
22             MR. ROBINSON: Was he
23        standing or sitting?
24   A.   Standing. (inaudible) just like that
```

```
 1              (inaudible) just like that.
 2  Q.   All right.  Are you supposed to lay
 3       hands on inmates?
 4  A.   No.  No (inaudible).
 5  Q.   All right.  The officer did go to the,
 6       up to the infirmary --
 7              MR. ROBINSON:  The inmate.
 8  Q.   The inmate, I'm sorry.  And they said
 9       that he did have a bruise on his ear and
10       so forth and there's a medical report on
11       it, said that he was -- it appeared that
12       he had been struck or the injuries were
13       consistent with some sort of trauma to
14       the side of his head.  Okay?  How hard
15       would you say you hit him?
16  A.   Not hard at all, actually.  I would say,
17       you know, it was more like -- just a tap
18       with my hand.
19  Q.   Okay. Were you in the habit of doing
20       that?
21  A.   No, I'm not.
22  Q.   Okay.
23              MR. ROBINSON:  Were you
24       standing or sitting?
```

```
 1  A.    Standing.
 2  Q.    And he was facing you?
 3  A.    No, he was facing, just like I'm facing
 4        you.
 5  Q.    Okay.
 6  A.    I came up on the side of him --
 7  Q.    And what hand did you use?
 8  A.    My right hand.
 9  Q.    Your right hand.  And you hit him a
10        backhand or like -- on me, how did you
11        hit him?
12  A.    Just like if I went up, I was like
13        this --
14  Q.    Yeah.
15  A.    -- and I went like that.
16  Q.    Just like this?  You were standing like
17        side and side?
18  A.    Side and side and I went just like that.
19  Q.    Okay.  All right.
20  A.    You know, swing my arm and smack him in
21        the head.
22  Q.    Right.  Okay.
                    MR. ROCHE:  Anything else?
23
                    MR. ROBINSON:  (inaudible)
24
```

```
 1              the Christoforo complaint.
 2   Q.   So basically that's it.  You do admit,
 3        sort of, tapping him on the side of the
 4        head --
 5   A.   Yeah.
 6   Q.   -- and how long did you say that he
 7        worked for you?
 8   A.   In the kitchen?
 9   Q.   Yeah, Christoforo.
10   A.   Ooh, ah, he probably worked in the
11        kitchen I'm saying, I'm not exactly,
12        probably five months.  He used to work
13        on the second shift.
14   Q.   Okay.
15   A.   For probably two months or maybe three
16        months on the second shift and then he
17        came to the first shift.
18              MR. MURPHY:  So you work the
19        first shift?
20   A.   Yes.
21   Q.   And three months did he ask to come down
22        and work with you or did an opening
23        occur?
24   A.   He got in an argument with Officer
```

```
 1              you ever tell Christoforo that you hated
 2              niggers?
 3    A.        No, never.
 4    Q.        Okay.  You never said that, I hate
 5              niggers?
 6    A.        No.
 7    Q.        Okay.  Okay.  What do you make of this?
 8              This -- these allegations that he's
 9              saying, how do you explain that?
10    A.        The allegations of me hitting him,
11              yes --
12    Q.        Okay.
13    A.        -- I did.  And the allegations of him
14              saying that I threw food at him,
15              throwing food at him, and the sexual
16              harassment and him putting his hands in
17              my pocket, he puts his hands in my back
18              pocket to get gloves out just like every
19              other inmate does, the correctional
20              cooks do.  And the other allegations are
21              all facetious.  Throwing food at him,
22              you know, passing the boxes of food --
23    Q.        Right.
24    A.        -- it's not throwing them at him, we're
```