**Page 1**

UNITED STATES DISTRIC COURT
DISTRICT OF MASSACHUSETTS
NO. 03 CV 12307 RGS

- - - - - - - - - - - - - - - - -

JOSEPH CHRISTOFORO,
    Plaintiff

-VS-

JULIO LUPO, FRANK G. COUSINS,
JR., INDIVIDUALLY AND IN HIS
CAPACITY AS ESSEX COUNTY SHERIFF,
and CERTAIN UNKNOWN INDIVIDUALS,
    Defendants

- - - - - - - - - - - - - - - - -

DEPOSITION OF JOSEPH CHRISTOFORO

Volume II

Deposition taken at the law offices of Merrick, Louison & Costello, 67 Batterymarch Street, Boston, Massachusetts, on Thursday, May 19, 2005, commencing at 10:20 a.m.

DUNN & GOUDREAU COURT REPORTING SERVICE, INC.
ONE STATE STREET, BOSTON, MASSACHUSETTS 02109
617-742-6900

**Page 2**

APPEARANCES:

For the Plaintiff:

Gilmore, Rees, Carlson & Cataldo, P.C.
EDWARD J. MCCORMICK, III, ESQ.
1000 Franklin Village Drive
Franklin, Massachusetts 02038

For the Defendant Julio Lupo:

Monahan & Padellaro
By JOSEPH F. HODAPP, ESQ.
43 Thorndike Street
Cambridge, Massachusetts 02141

For the Defendant Frank Cousins:

Merrick, Louison & Costello
By STEPHEN C. PFAFF, ESQ.
67 Batterymarch Street
Boston, Massachusetts 02110

Court Reporter: Anne F. Penn, C.S.R., R.P.R.

- - - -

**Page 3**

INDEX

| WITNESS | PAGE |
|---|---|

Page 6

JOSEPH CHRISTOFORO

| | |
|---|---|
| Examination by Mr. Hodapp | 4 |
| Examination by Mr. Pfaff | 113 |

EXHIBITS

| NUMBER | DESCRIPTION | PAGE |
|---|---|---|
| 1 | Diagram | 31 |
| 2 | Diagram | 103 |
| 3 | Statement | 103 |

(Exhibits retained by Mr. Hodapp.)

**Page 4**

P-R-O-C-E-E-D-I-N-G-S

JOSEPH CHRISTOFORO

having been previously duly sworn, was deposed and testified as follows:

E-X-A-M-I-N-A-T-I-O-N

BY MR. HODAPP:

Q   This is the resumption of a deposition begun on Monday, May 16th. Good morning, Mr. Christoforo.

A   Good morning.

Q   Could you please describe the events of December 23, 2002.

A   Sure. I went to work that morning as, you know, and I had a different job that morning. And I was performing my work detail. Would you like me to start in the morning?

Q   Please.

A   And while I was performing one of my new duties for that morning, Julio had come into work, was talking to big Paul -- I don't know his last name -- about something. I didn't hear what they were talking about; but he did glance over and look at me after they had finished their conversation.

And when they were done, I was still doing my

**Page 57**

| | | |
|---|---|---|
| 1 | Q | How did your day begin? What were you working on |
| 2 | | when you first showed up? |
| 3 | A | Emptying barrels. |
| 4 | Q | How long did that take you? |
| 5 | A | I don't recall the amount of time. |
| 6 | Q | What did you do after that? |
| 7 | A | Cleaned floors. |
| 8 | Q | Okay. What did you do after that? |
| 9 | A | I had a computer class. |
| 10 | Q | What time was the computer class scheduled for? |
| 11 | A | I don't recall the time. |
| 12 | Q | Was the computer class held at the same time each |
| 13 | | day? |
| 14 | A | No, sir. |
| 15 | Q | How many days a week do you go to computer class? |
| 16 | A | I don't remember, sir. |
| 17 | Q | Did you go to your computer class? |
| 18 | A | Yes, sir. |
| 19 | Q | Okay. Did you attend the class that day? |
| 20 | A | No. |
| 21 | Q | Why not? |
| 22 | A | It was canceled. |
| 23 | Q | Okay. Did you go directly back from the class to |
| 24 | | the kitchen? |

**Page 58**

| | | |
|---|---|---|
| 1 | A | Yes, sir. |
| 2 | Q | Okay. And what did you do for work when you got |
| 3 | | back to the kitchen from the computer class that |
| 4 | | was canceled? |
| 5 | A | I was going to go back to my duties I'd been doing |
| 6 | | that morning. |
| 7 | Q | Okay. Something happened that changed your plan |
| 8 | | of going back to your prior duties? |
| 9 | A | Yes, sir. |
| 10 | Q | What happened? |
| 11 | A | Julio told me to get back to the line. |
| 12 | Q | Okay. Had you been on the line before leaving to |
| 13 | | go to your computer class? |
| 14 | A | Yes, sir. |
| 15 | Q | Was the computer class scheduled for 9 a.m.? |
| 16 | A | I don't recall. |
| 17 | Q | How long were you back at the serving line before |
| 18 | | the incident occurred? |
| 19 | A | I don't recall the exact amount of time. |
| 20 | Q | I don't expect you to know exactly, approximately |
| 21 | | how long were you back at the table for before the |
| 22 | | incident occurred? |
| 23 | A | I can't give you that approximate time. |
| 24 | Q | More than an hour? |

**Page 59**

| | | |
|---|---|---|
| 1 | A | Counsel, I don't remember the time. |
| 2 | Q | What did you do when you got back to the service |
| 3 | | line from the computer class that was canceled? |
| 4 | A | Can you say that again? |
| 5 | Q | What did you do when you got back to the service |
| 6 | | line after having returned from your canceled |
| 7 | | computer class? |
| 8 | A | I didn't go back to the service line. |
| 9 | Q | Where did you go when you came back to the |
| 10 | | kitchen? |
| 11 | A | I was going back to do my other job. |
| 12 | Q | Did you go and do another job? |
| 13 | A | No. |
| 14 | Q | What did you do? |
| 15 | A | Julio told me to drop what I was doing and get to |
| 16 | | the line. |
| 17 | Q | What were you doing that he asked you to drop? |
| 18 | A | I was starting to get a broom to sweep floors. |
| 19 | Q | Okay. So you never did do anything other than |
| 20 | | return to the service line when you returned, |
| 21 | | isn't that true? |
| 22 | A | I didn't -- no. |
| 23 | Q | It's not true? |
| 24 | A | Say that again. |

**Page 60**

| | | |
|---|---|---|
| 1 | Q | Did you go back to the service line when you came |
| 2 | | back from the computer class? |
| 3 | A | Not right away, no. |
| 4 | Q | Okay. How much time did you spend doing other |
| 5 | | things before you went back to the service line? |
| 6 | A | Nothing, none, about a minute. |
| 7 | Q | Okay. You're back on the service line, did you |
| 8 | | have any discussion while you were at the service |
| 9 | | line with any of the individuals before anything |
| 10 | | occurred with regard to Julio Lupo? |
| 11 | A | Yes. |
| 12 | Q | Okay. What were you talking about with the other |
| 13 | | inmates? |
| 14 | A | I asked what a melongena was. |
| 15 | Q | Where had you heard that? |
| 16 | A | From what Julio said. |
| 17 | Q | When? |
| 18 | A | A minute before, maybe less. |
| 19 | Q | And that's when the incident you described earlier |
| 20 | | when Julio came over to the serving line and made |
| 21 | | a remark in Officer Smith's direction about a |
| 22 | | melongena? |
| 23 | A | Yes, sir. |
| 24 | Q | Is that who he said it to, Officer Smith? |