ORIGINAL                                H

1    UNITED STATES DISTRIC COURT

2    DISTRICT OF MASSACHUSETTS

3    NO. 03 CV 12307 RGS

4    - - - - - - - - - - - - - - - - - - -

5    JOSEPH CHRISTOFORO,
          Plaintiff

6    -VS-

7    JULIO LUPO, FRANK G. COUSINS,
     JR., INDIVIDUALLY AND IN HIS
8    CAPACITY AS ESSEX COUNTY SHERIFF,
     and CERTAIN UNKNOWN INDIVIDUALS,
9         Defendants

10   - - - - - - - - - - - - - - - - - - -

13   DEPOSITION OF TIMOTHY P. MCGUIRE

15   Deposition taken at the law officers

16   of Merrick, Louison & Costello, 67 Batterymarch

17   Street, Boston, Massachusetts, on Thursday, May

18   19, 2005, commencing at 1:35 p.m.

22   DUNN & GOUDREAU COURT REPORTING SERVICE, INC.
     ONE STATE STREET, BOSTON, MASSACHUSETTS 02109
23                  617-742-6900

| | | |
|---|---|---|
| 1 | A | (Complies.) |
| 2 | Q | After having read that, does that refresh your |
| 3 | | memory as to what Ms. Lawrence reported as to the |
| 4 | | type of contact that occurred? |
| 5 | A | Yes. |
| 6 | Q | What did Ms. Lawrence report to you? |
| 7 | A | She said Julio had flicked him in the back of the |
| 8 | | year. |
| 9 | Q | Is that more consistent with the position Julio |
| 10 | | took than the position Mr. Christoforo took? |
| 11 | | MR. MCCORMICK: Objection. |
| 12 | Q | You can answer. |
| 13 | A | She's consistent with Julio, yes. |
| 14 | Q | In your conclusion, you didn't reach a conclusion |
| 15 | | as to whether or not Mr. Christoforo exceeded the |
| 16 | | reasonable exercise of force in this matter, did |
| 17 | | you? |
| 18 | A | Say that again, I don't understand. |
| 19 | Q | In reaching your conclusion, did you reach the |
| 20 | | ultimate conclusion that Mr. Christoforo exceeded |
| 21 | | what would be considered a reasonable use of force |
| 22 | | for the circumstances? |
| 23 | | MR. PFAFF: Objection. You mean Lupo? |
| 24 | Q | Strike that, Mr. Lupo. |

1  A    Yes, I did.
2  Q    You did what?
3  A    I believe that he exceeded any use of force.
4  Q    Do you know the reason or the reasons behind his
5       use of force at the time?
6  A    No, I don't.
7  Q    Would it be fair to say that it's important to
8       know the reasons why force was exerted to come to
9       the conclusion whether or not it was appropriate
10      or excessive?
11 A    Any physical contact with an inmate unprovoked
12      would be inappropriate.
13 Q    Do you know whether or not the contact was
14      provoked that day?
15 A    I believe it was not provoked.
16 Q    What do you base that on?
17 A    That the inmate did not assault Julio Lupo.
18 Q    Do you know whether there was any other type of
19      provocation that day?
20 A    No, I don't.
21 Q    Do you know why Mr. Lupo made physical contact
22      with Mr. Christoforo that day?
23 A    No, I don't.
24 Q    Do you know what Mr. Christoforo's conduct was