UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

NO. 03 CV 12307 RGS

| | | |
|---|---|---|
| JOSEPH CHRISTOFORO | ) | |
|     Plaintiff | ) | |
| | ) | |
| VS. | ) | <u>Motion for a Hearing</u> |
| | ) | |
| JULIO LUPO, | ) | |
|     Defendant | ) | |

Now comes the plaintiff, Joseph Christoforo, and respectfully moves this Honorable Court to grant a hearing on his Motion for Summary Judgment.

Respectfully Submitted,
The Plaintiff,
By His Attorney,

_/s/ Edward J. McCormick, III_
Edward J. McCormick, III
McCormick & Maitland
Suite Six – Hayward Manor
195 Main Street
Franklin, MA  02038
(508) 520-0333
BBO #329780