UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOSEPH CHRISTOFORO,<br>        Plaintiff | )<br>)<br>) |
| vs. | )    Docket No. 03-l2307 RGS<br>) |
| JULIO LUPO | )<br>) |
|         Defendant | ) |

## OFFER OF JUDGMENT

Pursuant to **Federal Rule of Civil Procedure, Rule 68**, the Defendant, **Julio Lupo** hereby offers to allow judgment to be entered in favor of the Plaintiff for **$5,001.00** (**Five-thousand and one and 00/100 dollars**) in full satisfaction of all claims in the Complaint/Amended Complaint  Said offer includes any and all claims for attorney's fees and costs accrued at the time of this offer, interest, and any and all damages alleged in the Complaint/Amended against the Defendant.

This offer must be accepted within 10 days from service of this offer pursuant to Rule 68 or said offer will be deemed by the Defendant as rejected and withdrawn upon the expiration of the above-mentioned time.

In the event that the Plaintiff does not accept this Offer and the Plaintiff subsequently obtains a Judgment, exclusive of interest from the date of this Offer, that is not more favorable than the Offer contained herein, the Defendant shall be entitled to recover their costs incurred from the date of this Offer.

Respectfully submitted
For Julio Lupo

/s/Joseph W. Monahan, III
Joseph W. Monahan, III, BBO#351100
Thomas J. Freda, BBO# 178150
Monahan & Padellaro
43 Thorndike Street
Cambridge, MA 02141
Tel: (617)494-1188

Dated: September 18, 2007

C:\Documents and Settings\Thomas Freda.TOM\My Documents\Active Trial Folders\Christoforo  v. Lupo\Lupo Offer of Judgment.wpd