UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

NO. 03 CV 12307 RGS

| | | |
|---|---|---|
| JOSEPH CHRISTOFORO | ) | |
| Plaintiff | ) | |
| | ) | Assented to Motion to Extend |
| VS. | ) | Time for Expert Disclosures |
| | ) | |
| JULIO LUPO, | ) | |
| Defendant | ) | |

Now comes the plaintiff and respectfully moves this Honorable Court to issue and order extending the time for expert witness disclosures.

More specifically, the plaintiff requests that the time for him to make expert disclosures be extended to October 16, 2007, and that the time for the defendant to make expert disclosures be extended to October 23, 2007.

ASSENTED TO:            Respectfully Submitted,
                                                                          The Plaintiff,
                                                                     By His Attorney,

| | |
|---|---|
| */s/ Joseph W. Monahan, III* | */s/ Edward J. McCormick, III* |
| Joseph W. Monahan, III | Edward J. McCormick, III |
| Monahan & Padellaro | McCormick & Maitland |
| 43 Thorndike Street | Hayward Manor, Suite 6 |
| Cambridge, MA  02141-1714 | 195 Main Street |
| (617) 494-1188 | Franklin, MA  02038 |
| | (508) 520-0333 |
| | BBO#329780 |

**CERTFICATE OF SERVICE**

    I, Edward J. McCormick, III, do hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on October 3, 2007.

                                                                         */s/ Edward J. McCormick, III*
                                                                          Edward J. McCormick, III