UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

NO. 03 CV 12307 RGS

JOSEPH CHRISTOFORO            )
                    Plaintiff            )
                                )          Motion for Reconsideration of Joint
VS.                              )          Motion to Continue Trial
                                )
JULIO LUPO,                     )
                    Defendant         )

Now comes the plaintiff and respectfully moves this Honorable Court to reconsider the previous denial of the Joint Motion to Continue Trial.

In support of this motion, the plaintiff assigns the following:

1.    That in the early morning hours of Monday, October 8, 2007, counsel for the plaintiff experienced severe chest pains;

2.    That on Tuesday, October 9, 2007, counsel received medical attention from his primary care doctor.  Tests, including an EKG, were performed and the results of the EKG revealed "abnormalities" and differences from a previous EKG;

3.    That further diagnostic tests have been ordered and scheduled;

4.    That counsel for the plaintiff has been advised to rest and relax, and to avoid any stressful tasks pending the determination of the cause of the chest pains and abnormalities shown on the EKG of October 9, 2007; and

5.    That counsel for the defendant joins in this motion.

Respectfully Submitted,
The Plaintiff,
By His Attorney,


*/s/ Edward J. McCormick, III* ___
Edward J. McCormick, III
McCormick & Maitland
Hayward Manor, Suite 6
195 Main Street
Franklin, MA  02038
(508) 520-0333
BBO#329780




## CERTFICATE OF SERVICE

I, Edward J. McCormick, III, do hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on October 11, 2007.


*/s/ Edward J. McCormick, III*
Edward J. McCormick, III