UNITED STATES OF AMERICA
DISTRICT OF MASSACHUSETTS

JOSEPH CRISTOFORO,
             **Plaintiff**

vs.

JULIO LUPO,
FRANK G. COUSINS, JR.,, Individually and
in His Capacity as Essex County Sheriff, and
CERTAIN UNKNOWN INDIVIDUALS
             **Defendants**

**CASE NO: 03-12307 RGS**

**DEFENDANT JULIO LUPO'S REQUEST FOR SPECIAL VERDICT QUESTIONS**

      Now comes the Defendant Julio Lupo, and submits the following request for Special Verdict Questions.

**SPECIAL INTERROGATORIES TO THE JURY**

**Do you find from a preponderance of the evidence:**

1     That the Defendant intentionally committed acts that violated the Plaintiff's constitutional right not to be subjected to cruel and unusual punishment?

     Answer  Yes _____ or   No _____

[ <u>Note</u> :  If you answered "No" to Question No. 1, skip the remaining questions and have your foreperson sign this verdict form at the bottom of the next page.]

2.     That the Defendant's acts were the proximate or legal cause of damages sustained by the Plaintiff?

     Answer  Yes _____ or   No _____

3     That the Plaintiff should be awarded damages to compensate for physical pain and suffering?

      Answer Yes _____ or No _____

      If your answer is "Yes,"
in what amount?

      _____

4      That the Plaintiff should be awarded damages to compensate for emotional injury (Note: This can be awarded only if it is accompanied by more than minimal physical injury)?

      Answer Yes _____ or No _____

      If your answer is "Yes,"
in what amount?

      _____

5      That the Plaintiff should be awarded $1 in nominal damages?

      Answer Yes _____ or No _____

6      That the Defendant acted with malice or reckless indifference to the Plaintiff's federally protected rights and that punitive damages should be assessed against the Defendant?

      Answer Yes _____ or No _____

      If your answer is "Yes,"
in what amount?

      _____

SO SAY WE ALL.

Foreperson

DATED: