UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

NO. 03 CV 12307 RGS

| | | |
|---|---|---|
| JOSEPH CHRISTOFORO | ) | |
|     Plaintiff | ) | |
| | ) | <u>List of Exhibits</u> |
| VS. | ) | |
| | ) | |
| JULIO LUPO, | ) | |
|     Defendant | ) | |
| | ) | |

<u>Joint list of exhibits as to which the parties have stipulated as to authenticity, but have reserved the right to object on any other ground</u>

- A. Plaintiff's Medical Records;
- B. Essex County Correctional Facility & Sheriffs Headquarters Incident Report dated December 23, 2002;
- C. Letter to Sheriff Cousins from Investigator Richard Robinson, Internal Affairs Dept., dated January 3, 2003;
- D. Letter to Julio Lupo from Sheriff Frank G. Cousins dated December 30, 2001 (sic);
- E. Letter to Julio Lupo from Sheriff Frank G. Cousins dated January 14, 2003;
- F. Essex County Correctional Facility and Sheriffs Headquarters Information Report to Deputy T. McGuire from Deputy W. Center dated December 23, 2002;
- G. Essex County Correctional Facility and Sheriffs Headquarters Incident Report to Deputy David McCoy from Kathy Lawrence, ADS Foodservice, dated December 23, 2002;
- H. Notice of resignation of Julio Lupo dated June 3, 2003;
- I. Settlement Agreement between Essex County Sheriff's Department and Julius Lupo;
- J. Report from ADS Timothy McGuire to Asst. Super. Richard Hamilton dated December 24, 2002;
- K. Inmate Formal Grievance Form dated July 13, 2003;
- L. Memorandum to Grievance Department from Joseph Christoforo dated July 17, 2003;
- M. Inmate Formal Grievance Form dated July 27, 2003;
- N. Inmate Formal Grievance Form dated July 29, 2003;
- O. Inmate Grievance Remedy Form dated July 30, 2003;
- P. Memorandum to Joseph Christoforo from Superintendent Mike Marks dated August 1, 2003;
- Q. Inmate Formal Grievance Form dated August 3, 2003.
- R. Correctional Medical Services Health Services Request Form dated December 23,

|     | |
| --- | --- |
|     | 2002; |
| S.  | Correctional Medical Services Interdisciplinary Progress Notes dated December 23, 2002 – December 24, 2002; |
| T.  | Correctional Medical Services Interdisciplinary Progress Notes dated December 23, 2002 11:00 a.m. – December 24, 2002 8:15 a.m.; |
| U.  | Correctional Medical Services Interdisciplinary Progress Notes dated December 24, 2002 11:00 a.m.; |
| V.  | Correctional Medical Services Interdisciplinary Progress Notes dated December 24, 2002 9:00 a.m. – December 26, 2002 9:00 a.m.; |
| W.  | Correctional Medical Services Interdisciplinary Progress Notes dated December 26, 2002 18:30; |
| X.  | Correctional Medical Services Health Services Request Form dated January 4, 2003; |
| Y.  | Correctional Medical Services Health Services Request Form dated January 7, 2003; |
| Z.  | Correctional Medical Services Health Services Request Form dated January 15, 2003; |
| AA. | Correctional Medical Services Interdisciplinary Progress Notes dated February 12, 2003 20:15; |
| BB. | Correctional Medical Services Health Services Request Form dated March 7, 2003; |
| CC. | Correctional Medical Services Health Services Request Form dated March 12, 2003; |
| DD. | Correctional Medical Services Health Services Request Form dated May 14, 2003; |
| EE. | Correctional Medical Services Health Services Request Form dated May 28, 2003; |
| FF. | Correctional Medical Services Health Services Request Form dated June 19, 2003; |
| GG. | Certified Copies of Criminal Convictions of Mr. Christoforo from Salem District Court; |

                    Respectfully Submitted,
                    The Plaintiff,
                    By His Attorney,

                    */s/ Edward J. McCormick, III*
                    Edward J. McCormick, III
                    McCormick & Maitland
                    Suite Six – Hayward Manor
                    195 Main Street
                    Franklin, MA  02038
                    (508) 520-0333
                    BBO #329780

Respectfully Submitted,
The Defendant,
By His Attorney,

  */s/ Thomas J. Freda*
Thomas J. Freda
Monahan & Padellaro
Bullfinch Square
43 Thorndike Street
Cambridge, MA  02141-1714
(617) 494-1188