UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

NO. 03 CV 12307 RGS

_____

JOSEPH CHRISTOFORO            )
             Plaintiff            )
                        )            <u>Plaintiff's Witness List</u>

VS.                           )
                        )

JULIO LUPO,                   )
             Defendant            )
_____)

1. Ralph Sordillo;
2. Eugene Fernandez;
3. Robert Smith;
4. David Souther;
5. Arthur LeGault, Essex County Sheriff's Department;
6. Timothy McGuire, Essex County Sheriff's Department;
7. Janice Hall, Essex County Sheriff's Department;
8. Kathleen Lawrence, Essex County Sheriff's Department
9. Joseph Curran, Essex County Sheriff's Department;
10. Joseph P. Dineen, M.D., 18 Indian Trail, Woodbridge, CT 06525;
11. Joseph Christoforo, 13 Mount Pleasant Drive, Peabody, MA 01960;
12. Julio Lupo;
13. Frank Cousins, Essex County Sheriff's Department;
14. David McCoy, Essex County Sheriff's Department;
15. Joseph Roache, Essex County Sheriff's Department;
16. Richard Robinson, Essex County Sheriff's Department;
17. Ben Lafortune;
18. Paul Wolzack, Essex County Sheriff's Department.

Respectfully Submitted,
The Plaintiff,
By His Attorney,

  <u>/s/ Edward J. McCormick, III</u>
Edward J. McCormick, III
McCormick & Maitland
Suite Six – Hayward Manor
195 Main Street
Franklin, MA  02038
(508) 520-0333
BBO #329780