## Page 1

```
             UNITED STATES DISTRIC COURT
             DISTRICT OF MASSACHUSETTS
                NO. 03 CV 12307 RGS

- - - - - - - - - - - - - - - -
JOSEPH CHRISTOFORO,              -
        Plaintiff                -
                                 -
    -vs-                         -
                                 -
JULIO LUPO, FRANK G. COUSINS,    -
JR., INDIVIDUALLY AND IN HIS     -
CAPACITY AS ESSEX COUNTY SHERIFF,-
and CERTAIN UNKNOWN INDIVIDUALS, -
        Defendants               -
- - - - - - - - - - - - - - - -


        DEPOSITION OF JOSEPH CHRISTOFORO

                   Volume II


    Deposition taken at the law offices
of  Merrick, Louison & Costello, 67 Batterymarch
Street, Boston, Massachusetts, on Thursday,
May 19, 2005, commencing at 10:20 a.m.




       DUNN & GOUDREAU COURT REPORTING SERVICE, INC.
        ONE STATE STREET, BOSTON, MASSACHUSETTS 02109
                      617-742-6900
```

## Page 2

APPEARANCES:

For the Plaintiff:

Gilmore, Rees, Carlson & Cataldo, P.C.
EDWARD J. MCCORMICK, III, ESQ.
1000 Franklin Village Drive
Franklin, Massachusetts  02038


For the Defendant Julio Lupo:

Monahan & Padellaro
By JOSEPH F. HODAPP, ESQ.
43 Thorndike Street
Cambridge, Massachusetts  02141


For the Defendant Frank Cousins:

Merrick, Louison & Costello
By STEPHEN C. PFAFF, ESQ.
67 Batterymarch Street
Boston, Massachusetts  02110


Court Reporter:  Anne F. Penn, C.S.R., R.P.R.

- - - -

## Page 3

                    I N D E X
WITNESS                                     PAGE

JOSEPH CHRISTOFORO

Examination by Mr. Hodapp                    4
Examination by Mr. Pfaff                    113


                  E X H I B I T S


NUMBER     DESCRIPTION                      PAGE

  1        Diagram                           31

  2        Diagram                          103

  3        Statement                        103



(Exhibits retained by Mr. Hodapp.)

## Page 4

                P-R-O-C-E-E-D-I-N-G-S
                  JOSEPH CHRISTOFORO
    having been previously duly sworn, was deposed
    and testified as follows:
             E-X-A-M-I-N-A-T-I-O-N
    BY MR. HODAPP:
Q   This is the resumption of a deposition begun on
    Monday, May 16th.  Good morning, Mr. Christoforo.
A   Good morning.
Q   Could you please describe the events of December
    23, 2002.
A   Sure.  I went to work that morning as, you know,
    and I had a different job that morning.  And I was
    performing my work detail.  Would you like me to
    start in the morning?
Q   Please.
A   And while I was performing one of my new duties
    for that morning, Julio had come into work, was
    talking to big Paul -- I don't know his last
    name -- about something.  I didn't hear what they
    were talking about; but he did glance over and
    look at me after they had finished their
    conversation.
    And when they were done, I was still doing my

Page 5

```
 1  work.  We were on a serving line preparing the
 2  food for the inmates.  And there is
 3  approximately -- there is at that time I believe
 4  there's nine people on the line.  I was sitting
 5  on -- say this is the table where the food is
 6  coming down, I was sitting here, there was a
 7  gentleman to my left, a gentleman to my right.
 8  And we were talking and doing our job.
 9       And then the kid across -- there was a
10  gentleman across from me, which I don't recall his
11  name, but he was wondering why he couldn't take a
12  cooking job in place of my job, which I was
13  cooking.  I was the head cook at the time but not
14  at this point.  I talked to Paul, and he had given
15  me a new position.
16       And the kid was talking to the group of us
17  wondering why he couldn't have a new job.  And he
18  was saying something like he thought he might not
19  be able to get the job because a racial thing
20  because he was black or something.  He was
21  wondering why they weren't allowing him to do
22  something better than he was doing.
23       Julio was in the background, he yelled out why
24  don't you keep your mouth shut, not talking to
```

Page 6

```
 1  anyone in particular, I can hear you all the way
 2  back here he stated.  So he wasn't talking to me
 3  or anybody else, he yelled that out.  I guess he
 4  might have heard the gentleman talking, he heard
 5  the gentleman talking; so we continued to put the
 6  food on the trays.
 7       I think on that day I was putting Granola bars
 8  on the tray.  And he had come over, and he had put
 9  his arm on my shoulder and said, again, you know,
10  I want you guys to keep your mouths shut down
11  here, you know, I can hear you all the way around
12  there across the way.
13       And I believe he called the gentleman
14  across -- he called the gentleman across a
15  melongena he had said, so I believe Mr. Roberts
16  was his last name, I forget his first name though;
17  and he walked away.
18       One of the kids had asked and I believe I had
19  asked at the time what is a melongena.  I didn't
20  know what it meant.  And Ralph Sordillo had
21  mentioned a melongena is an eggplant, being slang.
22  I didn't know what that meant.
23       At that point Julio come back, put -- he
24  stepped behind me and had said get back to fucking
```

Page 7

```
 1     work and keep your mouth shut; and that's -- he
 2     punched me in the side of the head thinking I had
 3     said something about a melongena or he heard that
 4     word and punched me in the back of the head.
 5  Q  You say that Julio thought that you had said --
 6  A  I don't know.
 7  Q  -- to Smith --
 8  A  He heard --
 9  Q  Please, please.  You said that Julio thought you
10     were the one who told Smith what a melongena is,
11     what do you base that on?
12  A  I don't base it on anything.  What I said is he
13     heard someone say it and he -- well, he just heard
14     someone say it, he came over, was standing behind
15     me; and that's when he whacked me in the back of
16     the head.
17  Q  How do you know he heard someone say it?
18  A  Because he told us to shut the fuck up and get
19     back to work.
20  Q  Did he use the word "melongena"?
21  A  Did he say that?
22  Q  When he came back to you, did he use the word
23     "melongena"?
24  A  No, no.
```

Page 8

```
 1  Q  How do you know he heard someone use the word
 2     "melongena"?
 3  A  I don't know.
 4  Q  What happened after that?
 5  A  Well, after he punched me in the side of the head,
 6     he turned and told us to get the fuck back to work
 7     and walked away.
 8  Q  Okay.  Let's stop there if we may.  When was the
 9     first time you saw Julio Lupo on the day of the
10     incident?
11  A  When he came into work.
12  Q  What time was that?
13  A  Seven o'clock.
14  Q  What time did you start work that day?
15  A  4:30 in the morning, five o'clock.
16  Q  You mentioned a change of job description.
17  A  Yes, sir.
18  Q  You began a new job that day?
19  A  Yes, sir.
20  Q  And how did that come about that you were moved to
21     a new job on the day of this incident?
22  A  I asked Paul if I could have a job change because
23     I was being badgered and then insulted and then
24     mentally and physically abused by Julio in the
```